# EXHIBIT 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
Dallas Division

| | | |
|---|---|---|
| **M3Girl Designs, LLC** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 3:09CV2334-G** |
| | § | |
| **Purple Mountain Sweaters and** | § | |
| **Carol-Ann Bishop,** | § | |
| **Defendants.** | § | |

## DECLARATION OF D. SCOTT HEMINGWAY IN SUPPORT OF RESPONSE IN OPPOSITION TO MOTION TO DISMISS AND/OR TRANSFER

I, hereby declare, as follows:

1.      The documents attached to this Exhibit 1 are true and accurate copies of webpages printed out from the Defendants' website, www.purplemountainbaby.com.

2.      The website located at www.purplemountainbaby.com is an interactive website that allows customers to: (1) view images (including accused infringing works and slogans involved in this matter), (2) communicate to the Defendants at the Contact Us webpage feature or the phone number or email address listed on the webpage, (3) order product using the "Shopping Cart" feature, (4) select the manner of shipping, and (5) pay for product that is purchased using the website. *Exhibits A, B, and C attached hereto.*

3.      Exhibit A hereto is a webpage print-out from the Defendants' website that shows the Defendants' use of the infringing slogan, "Snappy Bottle Cap Necklaces!" on their website (www.purplemountainbaby.com). This website print-out was accessed and printed out by the firm of Hemingway & Hansen in Dallas, Texas on or around that October 6, 2009 date. A true and correct copy of this webpage was attached to the

correspondence to the Defendants. A complete copy of the correspondence sent to the Defendants is attached as Exhibit 5 to the Response in Opposition Brief. The Defendants omitted the attachments to this correspondence when they attached this correspondence to their Motion to Dismiss and/or Transfer.

4.      Exhibit B hereto is a collection of webpage print-outs from the Defendants' website (www.purplemountainbaby.com) that shows the Defendants' product offerings, including many of the accused works in this case. This website print-out was accessed and printed out by the firm of Hemingway & Hansen in Dallas, Texas on or around that October 16, 2009 date. A true and correct copy of these webpages were attached to the October 16, 2009 correspondence to the Defendants. A complete copy of the correspondence sent to the Defendants is attached as Exhibit 6 to the Response in Opposition Brief. The Defendants omitted the attachments to this correspondence when they attached this correspondence to their Motion to Dismiss and/or Transfer.

5.      Exhibit B hereto is a collection of webpage print-outs from the Defendants' website (www.purplemountainbaby.com) that shows the Defendants' product offerings, including many of the accused works in this case. This website print-out was accessed and printed out by the firm of Hemingway & Hansen in Dallas, Texas on January 28, 2010.

I hereby declare that the above statements are true and correct to the best of my knowledge and belief, under penalty of perjury.

<u>Jan. 28, 2010</u>
Date

_____
D. Scott Hemingway

2

# EXHIBIT 1A



## SNAPPY BOTTLE CAP NECKLACES!

- IT'S A MAGNET!
- IT'S A NECKLACE!
- IT'S BOTH!

It's a magnet! It's a necklace! It's both! Collect bottle cap necklaces and express yourself in a unique way each day.

Check out all of the chokers and cords to go with our bottle cap magnets



Link to Us
Link Exchange Banners
Our Blog
Resources
Join Our Mailing List
Friends of Purple Mountain

The Mompack
moms
helping moms

**EXHIBIT 1B**



Questions? Call Us Toll Free 1-800-277-5228 10am - 8pm - Email 24.7

100% Satisfaction Guarantee

PayPal

Free Shipping & Free gift Wrapping
*CLICK FOR DETAILS*

Unique Baby Gifts – Baby Shower Gifts – Keepsake Baby Gifts

| Wholesale | Home | Contact Us | About Us | Track an Order | Customer Service | Your Cart |

CPSIA CERTIFIED

SEARCH CATALOG [____] [Go]

**PRODUCTS**

Baby Layette Gift Sets
Soft Sole Leather Baby Shoes
Cotton Baby Knits
Handknit Sweater Sets
Baby Boy Gifts
Baby Girl Gifts
It's a Surprise Gifts
Bottle Cap Magnets
Cords & Chokers
New Items
Featured Items
Sale Items
All Items

**INFORMATION**

Precious Memories Size Guide
Gift Registry
Web Site Links
Affiliate Sign In / Sign Up

Catalog > Bottle Cap Magnets

## Purple Mountain Bottle Cap Magnets

Bottle Cap Magnets are made to order due to the large design selection offered. Please allow 5-7 days production time for processing. If your order is urgent send us a note to see if we can rush your order. In many cases we can accomodate these special requests.

*Not intended for babies or young children. Small objects are risk for children under 8 years old. Bottle cap magnets are a fun and useful gift for teens-adult.

1 | 2 | 3 | 4 | 5 | 6  >  >>

Page 1 of 6



Star Me Bottle Cap Magnet Collection 3
$6.50



Star Me Bottle Cap Magnet Collection 2
$6.50



Star Me Bottle Cap Magnet Collection
$6.50



All Gymnastics Themed Bottle Cap
Magnets 2
$6.50

Peace Pop Bottle Cap Magnet
Collection 2
$6.50

Sport Themed Bottle Cap Magnets 2
$6.50

All Gymnastics Themed Bottle Cap
Magnets
$6.50

Peace Pop Bottle Cap Magnet
Collection
$6.50

Sport Themed Bottle Cap Magnets
$6.50

Star Me Bottle Cap Magnet Collection
4
$6.50

All Gymnastics Themed Bottle Cap
Magnets 3
$6.50

Peace Pop Bottle Cap Magnet
Collection 3
$6.50

Affiliate Information

Affiliate Terms

Link to us

Link Exchange Banners

Our Blog

Resources

Join Our Mailing List

Friend's of Purple Mountain

The
Mompack
moms
helping moms



Sport Themed Bottle Cap Magnets 3
$6.50

Tween Sayings Bottle Cap Magnet Collection 3
$6.50

Tween Sayings Bottle Cap Magnet Collection
$6.50

Funky Fun Bottle Cap Magnet Collection
$6.50

Tween Sayings Bottle Cap Magnet Collection 2
$6.50

Funky Fun Bottle Cap Magnet Collection 2
$6.50

1 | 2 | 3 | 4 | 5 | 6 . > >>

Page **1** of 6

Purple Mountain Sweaters, Precious Memories Pima Cotton, and Shoo la roo Leather Soft Sole Baby Shoes are our specialty. Offering wholesale baby clothes, wholesale baby sweaters and baby shoes and retail baby and children's sweaters and clothing for over 15 years - we love to dress babies from head to toe.

Boutique Stores nationwide have been offering high quality, handmade, Purple Mountain products to their customers for years.  Now you can shop for Purple Mountain Baby Sweaters, luxury baby clothes,  leather baby shoes,  baby bouquets of baby clothes, and other unique baby gifts  in the comfort of your own home.

Thanks from all of us at Purple Mountain.

©2004 - 2009 handmade baby sweaters from Purple Mountain Baby. All rights reserved.
Design by ASD



Questions? Call Us Toll Free 1-800-277-5228 10am - 8pm - Email 24.7

*Unique Baby Gifts – Baby Shower Gifts – Keepsake Baby Gifts*

Free Shipping & Free Gift Wrapping
*CLICK FOR DETAILS*

PayPal

Home | Contact Us | About Us | Track an Order | Customer Service | Your Cart

SEARCH CATALOG [____] Go

**PRODUCTS**
Baby Layette Gift Sets
Soft Sole Leather Baby Shoes
Cotton Baby Knits
Handknit Sweater Sets
Baby Boy Gifts
Baby Girl Gifts
It's a Surprise Gifts
Bottle Cap Magnets
Cords & Chokers
New Items
Featured Items
Sale Items
All Items

**INFORMATION**
Precious Memories Size Guide
Gift Registry
Web Site Links
Affiliate Sign In / Sign Up

Catalog > Bottle Cap Magnets

## Purple Mountain Bottle Cap Magnets

Bottle Cap Magnets are made to order due to the large design selection offered. Please allow 5-7 days production time for processing. If your order is urgent send us a note to see if we can rush your order. In many cases we can accommodate these special requests.

*Not intended for babies or young children. Small objects are risk for children under 8 years old. Bottle cap magnets are a fun and useful gift for teens-adult.

<< < 1 | 2 | 3 | 4 | 5 | 6 > >>
Page 2 of 6



Organic Girl Bottle Cap Magnet Collection 3
$6.50



Organic Girl Bottle Cap Magnet Collection 2
$6.50



Organic Girl Bottle Cap Magnet Collection
$6.50



Cupcake Cutie Bottle Cap Magnets
$6.50

Funky Monkey Bottle Cap Magnets
$6.50

Peace Baby Bottle Cap Magnets
$6.50

Holiday Santas Bottle Cap Magnets

Go Green Bottle Cap Magnet Collection 2
$6.50

Cupcake Cutie Bottle Cap Magnets 3
$6.50

Funky Monkey Bottle Cap Magnets 3
$6.50

Holiday Santas Bottle Cap Magnets

Go Green Bottle Cap Magnet Collection
$6.50

Cupcake Cutie Bottle Cap Magnets 2
$6.50

Funky Monkey Bottle Cap Magnets 2
$6.50

Peace Baby Bottle Cap Magnets 2

Affiliate Information

Affiliate Terms

Link to us

Link Exchange Banners

Our Blog

Resources

Join Our Mailing List

Friend's of Purple Mountain

The Mompack
moms
helping moms



$6.50

$6.50

$6.50

Holiday Snowman Bottle Cap Magnets
$6.50

Holiday Gingerbread Man Bottle Cap
Magnets
$6.50

Holiday Snowman Bottle Cap Magnets
2
$6.50

<< <  1 | 2 | 3 | 4 | 5 | 6  >  >>
Page 2 of 6

Purple Mountain Sweaters, Precious Memories Pima Cotton, and Shoo la roo Leather Soft Sole Baby Shoes are our specialty. Offering wholesale baby clothes, wholesale baby sweaters and baby shoes and retail baby and children's sweaters and clothing  for over 15 years - we love to dress babies from head to toe.

Boutique Stores nationwide have been offering high quality, handmade  Purple Mountain products to their customers for years.  Now you can shop for Purple Mountain Baby Sweaters, luxury baby clothes,  leather baby shoes,  leather baby shoes, baby bouquets of baby clothes, and other unique baby gifts  in the comfort of your own home.

Thanks from all of us at Purple Mountain.

©2004 - 2009 handmade baby sweaters from Purple Mountain Baby. All rights reserved.
Design by ASD



Questions? Call Us Toll Free 1-800-277-5228 10am - 8pm - Email 24.7

Unique Baby Gifts ~ Baby Shower Gifts ~ Keepsake Baby Gifts

Free Shipping & Free Gift Wrapping

Home | Contact Us | About Us | Track an Order | Customer Service | Your Cart

SEARCH CATALOG [Go]

**PRODUCTS**
Baby Layette Gift Sets
Soft Sole Leather Baby Shoes
Cotton Baby Knits
Handknit Sweater Sets
Baby Boy Gifts
Baby Girl Gifts
It's a Surprise Gifts
Bottle Cap Magnets
Cords & Chokers
New Items
Featured Items
Sale Items
All Items

**INFORMATION**
Precious Memories Size Guide
Gift Registry
Web Site Links
Affiliate Sign In / Sign Up

Catalog > Bottle Cap Magnets

## Purple Mountain Bottle Cap Magnets

Bottle Cap Magnets are made to order due to the large design selection offered. Please allow 5-7 days production time for processing. If your order is urgent send us a note to see if we can rush your order. In many cases we can accommodate these special requests.

*Not intended for babies or young children. Small objects are risk for children under 8 years old. Bottle cap magnets are a fun and useful gift for teens-adult.

<< <  1 | 2 | 3 | 4 | 5 | 6  > >>
Page 3 of 6



Cheetah Print Tween Saying Bottle Cap Magnets
$6.50

Animal Crackers Bottle Cap Magnets
$6.50



Animal Crackers Bottle Cap Magnets 2
$6.50



Princess on Pink Bottle Cap Magnets
$6.50

Polka Dot Sayings - Bottle Cap Magnets
$6.50

Polka Dot Sayings - Bottle Cap Magnets 3
$6.50

Twins Themed Bottle Cap Magnets 3

Princess on Pink Bottle Cap Magnets

Princess on Pink Bottle Cap Magnets 3
$6.50

Polka Dot Sayings - Bottle Cap Magnets 2
$6.50

Twins Themed Bottle Cap Magnets 2

Animal Crackers Bottle Cap Magnets 3
$6.50

Princess on Pink Bottle Cap Magnets 2
$6.50

Polka Dot Sayings - Bottle Cap Magnets 2
$6.50

Twins Themed Bottle Cap Magnets

Affiliate Information

Affiliate Terms

Link to us

Link Exchange Banners

Our Blog

Resources

Join Our Mailing List

Friend's of Purple Mountain



$6.50

$6.50

$6.50

$6.50

Too Cute Bottle Cap Magnets
$6.50

Too Cute Bottle Cap Magnets 2
$6.50

Too Cute Bottle Cap Magnets 3
$6.50

<< <  1 | 2 | 3 | 4 | 5 | 6  > >>
Page 3 of 6

Purple Mountain Sweaters, Precious Memories Pima Cotton, and Shoo la roo Leather Soft Sole Baby Shoes are our specialty. Offering wholesale baby clothes, wholesale baby sweaters and baby shoes and retail baby and children's sweaters and clothing  for over 15 years - we love to dress babies from head to toe.

Boutique Stores nationwide have been offering high quality, handmade  Purple Mountain products to their customers for years.  Now you can shop for Purple Mountain Baby Sweaters, luxury baby clothes,  leather baby shoes,  baby bouquets of baby clothes, and other unique baby gifts  in the comfort of your own home.

Thanks from all of us at Purple Mountain.

©2004 - 2009 handmade baby sweaters from Purple Mountain Baby. All rights reserved.
Design by ASD



Questions? Call Us Toll Free 1-800-277-5228 10am - 8pm · Email 24.7

Free Shipping &
Free Gift
Wrapping
CLICK FOR DETAILS

*PayPal*

100%
Satisfaction
Guarantee

CPSIA
COMPLIANCE

Unique Baby Gifts – Baby Shower Gifts – Keepsake Baby Gifts

Home | Contact Us | About Us | Track an Order | Customer Service | Your Cart

SEARCH CATALOG [____] Go

**PRODUCTS**
Baby Layette Gift Sets
Soft Sole Leather Baby Shoes
Cotton Baby Knits
Handknit Sweater Sets
Baby Boy Gifts
Baby Girl Gifts
It's a Surprise Gifts
Bottle Cap Magnets
Cords & Chokers
New Items
Featured Items
Sale Items
All Items

**INFORMATION**
Precious Memories Size Guide
Gift Registry
Web Site Links
Affiliate Sign In / Sign Up

Catalog > Bottle Cap Magnets

# Purple Mountain Bottle Cap Magnets

Bottle Cap Magnets are made to order due to the large design selection offered. Please allow 5-7 days production time for processing. If your order is urgent send us a note to see if we can rush your order. In many cases we can accommodate these special requests.

*Not intended for babies or young children. Small objects are risk for children under 8 years old. Bottle cap magnets are a fun and useful gift for teens-adult.

<< < 1 | 2 | 3 | 4 | 5 | 6 > >>
Page 4 of 6





Yin Yang Bottle Cap Magnets
$6.50



Black & White Bottle Cap Magnets
$6.50



Too Cute Bottle Cap Magnets 4
$6.50



All Music Themed Bottle Cap Magnets
$6.50 - $16.48

Punk Theme Bottle Cap Magnets
$6.50

Punk Theme Bottle Cap Magnets 4
$6.50

All Music Themed Bottle Cap Magnets 2
$6.50

All Music Themed Bottle Cap Magnets 4
$6.50

Punk Theme Bottle Cap Magnets 3
$6.50

Crosses Bottle Cap Magnets
$6.50

All Music Themed Bottle Cap Magnets3
$6.50

Punk Theme Bottle Cap Magnets 2
$6.50

Affiliate Information

Affiliate Terms

Link to us

Link Exchange Banners

Our Blog

Resources

Join Our Mailing List

Friend's of Purple Mountain





Punk Theme - Lil Angel Bottle Cap Magnets
$6.50

Skulls Theme Bottle Cap Magnets 3
$6.50

Punk Theme Bottle Cap Magnets 6
$6.50

Skulls Theme Bottle Cap Magnets 2
$6.50

Punk Theme Bottle Cap Magnets 5
$6.50

Skulls Theme Bottle Cap Magnets
$6.50

<< <  1 | 2 | 3 | 4 | 5 | 6  > >>

Page 4 of 6

Purple Mountain Sweaters, Precious Memories Pima Cotton, and Shoo la roo Leather Soft Sole Baby Shoes are our specialty. Offering wholesale baby clothes, wholesale baby sweaters and baby shoes and retail baby and children's sweaters and clothing for over 15 years - we love to dress babies from head to toe.

Boutique Stores nationwide have been offering high quality, handmade  Purple Mountain products to their customers for years.  Now you can shop for Purple Mountain Baby Sweaters, luxury baby clothes,  leather baby shoes, baby bouquets of baby clothes, and other unique baby gifts  in the comfort of your own home.

Thanks from all of us at Purple Mountain.

©2004 - 2009 handmade baby sweaters from Purple Mountain Baby. All rights reserved.
Design by ASD



Questions? Call Us Toll Free 1-800-277-5228 10am - 8pm · Email 24.7

Unique Baby Gifts – Baby Shower Gifts – Keepsake Baby Gifts

Free Shipping & Free Gift Wrapping

CPSIA Compliance

100% Satisfaction Guarantee

PayPal

Home | Wholesale | Contact Us | About Us | Track an Order | Customer Service | Your Cart

SEARCH CATALOG [Go]

**PRODUCTS**

Baby Layette Gift Sets
Soft Sole Leather Baby Shoes
Cotton Baby Knits
Handknit Sweater Sets
Baby Boy Gifts
Baby Girl Gifts
It's a Surprise Gifts
Bottle Cap Magnets
Cords & Chokers
New Items
Featured Items
Sale Items
All Items

**INFORMATION**

Precious Memories Size Guide
Gift Registry
Web Site Links
Affiliate Sign In / Sign Up

Catalog > Bottle Cap Magnets

## Purple Mountain Bottle Cap Magnets

Bottle Cap Magnets are made to order due to the large design selection offered. Please allow 5-7 days production time for processing. If your order is urgent send us a note to see if we can rush your order. In many cases we can accomodate these special requests.

*Not intended for babies or young children. Small objects are risk for children under 8 years old. Bottle cap magnets are a fun and useful gift for teens-adult.

<< < 1 | 2 | 3 | 4 | 5 | 6 > >>
Page 5 of 6



Swiss Dot Pink Letter Initials M-Z
Bottle Cap Magnets
$6.50



Pink Cheetah Initials - M-Z - Bottle
Cap Magnets
$6.50



Pink Cheetah Initials - A-L - Bottle Cap
Magnets
$6.50



Typewriter Floral Letter M-Z Bottle Cap Magnets
$6.50

Breast Cancer Awareness Magnets 2 - pearlized
$6.50 - $24.50

All Princess Themed Bottle Cap Magnets 3
$6.50

Typewriter Floral Letter A-L Bottle Cap Magnets
$6.50

Breast Cancer Awareness Magnets
$6.50

All Princess Themed Bottle Cap Magnets 2
$6.50

Swiss Dot Pink Letter Initials A-L Bottle Cap Magnets
$6.50

Butterfly Kisses Bottle Cap Magnets
$6.50

All Princess Themed Bottle Cap Magnets
$6.50

Affiliate Information
Affiliate Terms
Link to us
Link Exchange Banners
Our Blog
Resources
Join Our Mailing List
Friend's of Purple Mountain

The Mompack
moms
helping moms



Rock on Bottle Cap Magnets 3
$6.50

Rock on Bottle Cap Magnets 2
$6.50

Rock on Bottle Cap Magnets
$6.50

Hoot Owl & Friend Bottle Cap Magnet
Collection 3
$6.50

Hoot Owl & Friend Bottle Cap Magnet
Collection 2
$6.50

Hoot Owl & Friend Bottle Cap Magnet
Collection
$6.50

<< < 1 | 2 | 3 | 4 | 5 | 6 | > >>

Page 5 of 6

Purple Mountain Sweaters, Precious Memories Pima Cotton, and Shoo la roo Leather Soft Sole Baby Shoes are our specialty. Offering wholesale baby clothes, wholesale baby sweaters and baby shoes and retail baby and children's sweaters and clothing for over 15 years - we love to dress babies from head to toe.

Boutique Stores nationwide have been offering high quality, handmade Purple Mountain products to their customers for years. Now you can shop for Purple Mountain Baby Sweaters, luxury baby clothes, leather baby shoes, baby bouquets of baby clothes, and other unique baby gifts in the comfort of your own home.

Thanks from all of us at Purple Mountain.

©2004 - 2009 handmade baby sweaters from Purple Mountain Baby. All rights reserved.
Design by ASD



Questions? Call Us Toll Free 1-800-277-5228 10am - 8pm · Email 24.7

*Unique Baby Gifts – Baby Shower Gifts – Keepsake Baby Gifts*

Home | Contact Us | About Us | Track an Order | Customer Service | Your Cart

Catalog > Bottle Cap Magnets

# Purple Mountain Bottle Cap Magnets

Bottle Cap Magnets are made to order due to the large design selection offered. Please allow 5-7 days production time for processing. If your order is urgent send us a note to see if we can rush your order. In many cases we can accommodate these special requests.

*Not intended for babies or young children. Small objects are risk for children under 8 years old. Bottle cap magnets are a fun and useful gift for teens-adult.

<< < 1 | 2 | 3 | 4 | 5 | 6

Page 6 of 6



I Love Horses Bottle Cap Magnet Collection
$6.50



Cowgirl Up Bottle Cap Magnet Collection 2
$6.50



Cowgirl Up Bottle Cap Magnet Collection
$6.50

**SEARCH CATALOG**
[Go]

**PRODUCTS**
Baby Layette Gift Sets
Soft Sole Leather Baby Shoes
Cotton Baby Knits
Handknit Sweater Sets
Baby Boy Gifts
Baby Girl Gifts
It's a Surprise Gifts
Bottle Cap Magnets
Cords & Chokers
New Items
Featured Items
Sale Items
All Items

**INFORMATION**
Precious Memories Size Guide
Gift Registry
Web Site Links
Affiliate Sign In / Sign Up



Wild One Zebra Themed Bottle Cap Magnet Collection
$6.50

All Dance Themed Bottle Cap Magnets 2
$6.50

I Love Horses Bottle Cap Magnet Collection 3
$6.50

All Dance Themed Bottle Cap Magnets
$6.50

I Love Horses Bottle Cap Magnet Collection 2
$6.50

Wild One Zebra Themed Bottle Cap Magnet Collection 2
$6.50

All Dance Themed Bottle Cap Magnets 3
$6.50

Affiliate Information
Affiliate Terms
Link to us
Link Exchange Banners
Our Blog
Resources
Join Our Mailing List
Friend's of Purple Mountain

The Mompack moms
helping moms

<<  1 | 2 | 3 | 4 | 5 | 6
Page 6 of 6

Purple Mountain Sweaters, Precious Memories Pima Cotton, and Shoo la roo Leather Soft Sole Baby Shoes are our specialty. Offering wholesale baby clothes, wholesale baby sweaters and baby shoes and retail baby shoes and children's sweaters and clothing for over 15 years - we love to dress babies from head to toe.

Boutique Stores nationwide have been offering high quality, handmade  Purple Mountain products to their customers for years.  Now you can shop for Purple

# EXHIBIT 1C



## Welcome to Purple Mountain!



We are a manufacturer of fine quality **baby knits, hand knit sweater sets, pima cotton baby gift sets, leather soft sole baby shoes,** unique **baby blankets,** unique **back zip hooded baby sweaters,** pima cotton footies, unique baby converters, baby outfits, baby dresses, sizes **preemie** and up. We supply specialty children's boutiques and mail order catalogs with unique baby gift items of luxury and classic style at reasonable prices.

Many of you have asked us to "please open a retail store online" and we did. **Please visit us at Purple Mountain Baby for all of your baby shower and baby gift needs.**

Please fill out the **Contact Us** form if you are interested in **wholesale baby boutique clothing** or **wholesale baby shoes.** If you would like help finding a retailer in your area you can use the **contact form.** We personally answer your questions daily.

Home | Wholesale | Affiliate Program | Promotions | Drop Ship Program | Drop Ship Products

Design by **ambermcleod.com**



Questions? Call Us Toll Free 1-800-277-5228 10am - 8pm - Email 24.7

*Unique Baby Gifts – Baby Shower Gifts – Keepsake Baby Gifts*

100% Satisfaction Guarantee

Free Shipping & Free Gift Wrapping
*CLICK FOR DETAILS*

CPSIA COMPLIANCE

Wholesale

Home | Contact Us | About Us | Track an Order | Customer Service | Your Cart

Catalog > Bottle Cap Magnets

## Purple Mountain Bottle Cap Magnets

Bottle Cap Magnets are made to order due to the large design selection offered. Please allow 3-4 days production time for processing. If your order is urgent send us a note to see if we can rush your order. In many cases we can accomodate these special requests.

*Not intended for babies or young children. Small objects are risk for children under 8 years old. Bottle cap magnets are a fun and useful gift for teens-adult.

Sorry, but there are no products matching this criteria. Please try again.

Keyword(s): [_____]

⦿ All Words  ◯ Any Word  ◯ Exact Phrase

Category: [All Categories]

Price Range: [All Prices]

[Search]

SEARCH CATALOG [Go]

**PRODUCTS**
Baby Layette Gift Sets
Soft Sole Leather Baby Shoes
Cotton Baby Knits
Handknit Sweater Sets
Baby Boy Gifts
Baby Girl Gifts
It's a Surprise Gifts
New Items
Featured Items
Sale Items
All Items

**INFORMATION**
Precious Memories Size Guide
Gift Registry
Web Site Links
Affiliate Sign In / Sign Up
Affiliate Information
Affiliate Terms

Link to us

Link Exchange Banners

Our Blog

Resources

Join Our Mailing List

Friend's of Purple Mountain



The
Mompack
moms
helping moms

Purple Mountain Sweaters, Precious Memories Pima Cotton, and Shoo la roo Leather Soft Sole Baby Shoes are our specialty. Offering wholesale baby clothes, wholesale baby sweaters and baby shoes and retail baby and children's sweaters and clothing for over 15 years - we love to dress babies from head to toe.

Boutique Stores nationwide have been offering high quality, handmade Purple Mountain products to their customers for years. Now you can shop for Purple Mountain Baby Sweaters, luxury baby clothes, leather baby shoes, baby bouquets of baby clothes, and other unique baby gifts in the comfort of your own home.

Thanks from all of us at Purple Mountain.

©2004 - 2010 handmade baby sweaters from Purple Mountain Baby. All rights reserved.
Design by ASD



**Product Line** > Information

To browse through our products, click on the category from our list to view all items in that category. You may also use our search tool to find a product with one or more keywords.



**Hand Knitted Sweaters**



**Leather Baby Shoes**



**Handmade Cotton Baby Knits**

**Bottle Cap Magnets**

**Luxury Pima Cotton Layette Gift Sets**

Keyword(s):

◉ All Words  ○ Any Word  ○ Exact Phrase

Category:  All Categories

Search

Home | Wholesale | Affiliate Program | Promotions | Drop Ship Program | Drop Ship Products

Design by **ambermcleod.com**



Product Line > Bottle Cap Magnets



Orders ship within 2-3 business days!
Please send me wholesale order forms for
Purple Mountain Ice Caps and Accessories.
**Scroll down to see catalog of photos.**

Name

Email

Store Name

Store Address

Order forms will arrive within moments (in an email) to the email address provided.
If you have any trouble downloading the order forms please call us during normal business hours and we can fax them over to you. (1-800-277-5228)
Wholesale ordering is available to resellers only. A tax id or resale certificate is required.
**Minimum order - only $100**
Click on photos below to see details.

Submit

Unless otherwise stated, graphics used for magnets have been purchased with a license for small commercial business. PM does not claim to hold the copyrights to any of the graphics. Graphics are purchased with the belief that the images are not infringing upon any copyrights. Any request for removal of designs by rightful copyright holders should include the place and date of original publication, so that it can determine the validity of the request. PM would never knowingly infringe on any intellectual property.



**1 A - PEACE BABY Bottle Cap Magnet**



**1 B - PEACE BABY Bottle Cap Magnet**



**2A - ALL MUSIC Bottle Cap Magnets**





**2B ALL MUSIC Bottle Cap Magnets**



**2C - ALL MUSIC Bottle Cap Magnets**











42E Touch of Class - Tapestry Collection Bottle Cap Magnets

42F Touch of Class - Tapestry Collection Bottle Cap Magnets

42G Touch of Class - Tapestry Collection Bottle Cap Magnets

42H Touch of Class - Tapestry Collection Bottle Cap Magnets





42I Touch of Class - Tapestry Collection Bottle Cap Magnets



C1 Colors Lime (not shown), Turquoise, Royal Blue, Purple, Lt Blue Elastic Cords



C1 Elastic Cord - Black

C1 Elastic Cord - Brown




C1 Elastic Cord - Hot Pink




C1 Elastic Cord - Light Pink



C2 Dark Rainbow Satin Cord with Zen Disc



C2-A Satin Cords - Value Pack



C2 Light Pink or Hot Pink Satin Cords with Zen Disc



C2 Pink or Brown Satin Cords with Zen Disc



C2 Purple or Turquoise Satin Cords with Zen Disc

C2 Rainbow Sherbet Pastel Satin Cords with Zen Disc

C2-Turquoise or Navy Satin Cord with Zen Disc

C2 Red or Black Satin Cords with Zen Disc

PPE - Prepack Easel Display



Spinner Rack - Free with 8 dozen

Design by **ambermcleod.com**





We can be reached by Fax at 1-800-639-6198.

Business Hours are 10:00 am-5:00 pm EST - We can be reached by Phone at 1-800-277-5228. Message Service is available.

**For quickest results, please fill in the form and we will be in contact with you promptly and personally. We answer emails in the evening and throughout the day.**

Thank you for your interest in **Purple Mountain Cotton Baby Knits, Purple Mountain Handknit Sweaters, Mittens, and Hats, Precious Memories Pima Cotton Layette** and **Shoo la roo Soft Sole Leather Baby Shoes.**

Name:

Email:

Comments:

Send

**Home | Wholesale | Affiliate Program | Promotions | Drop Ship Program | Drop Ship Products**

Design by **ambermcleod.com**

**EXHIBIT 2**

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

| | | |
|---|---|---|
| M3 Girl Designs, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| Purple Mountain Sweaters and Carol-Ann Bishop | ) | |
| *Defendant* | ) | **3-09CV2334-G** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Ms. Carol-Ann Bishop
17716 Bridlewood Court
Parrish, FL  34219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   D. Scott Hemingway
Hemingway & Hansen, LLP
Comerica Bank Tower, Suite 2500
1717 Main Street
Dallas, Texas  75201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   **DEC 0 8 2009**

Rod Reynolds

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. _____

## PROOF OF SERVICE  3-09CV2334-G

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  __MS. CAROL-ANN BISHOP__

was received by me on *(date)*  __12/16/09 @ 11:45AM__ .

☒ I personally served the summons on the individual at *(place)*  __17716 BRIDLEWOOD COURT__
__PARRISH, FLORIDA 34219__  on *(date)* __12/16/09 @ 5:53PM__; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ ____—____ for travel and $ ____35____ for services, for a total of $ ___35.⁰⁰___

I declare under penalty of perjury that this information is true.

Date: __12/16/2009__                          _____
                                                            *Server's signature*

                                              __WARREN J. CUTTER    CPS# 0287__
                                                            *Printed name and title*

                              __583 BAYSHORE DRIVE, ELLENTON, FLORIDA 34220__
                                                            *Server's address*

Additional information regarding attempted service, etc:



JOSEPH F WINTER
MY COMMISSION # DD934870
EXPIRES October 21, 2013
(407) 398-0153    FloridaNotaryService.com

*Affiant is personally known to me.*

*Joseph F. Winter*

# EXHIBIT 3

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

| | | |
|---|---|---|
| M3 Girl Designs, LLC | ) | |
| _Plaintiff_ | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| Purple Mountain Sweaters | ) | |
| and Carol-Ann Bishop | ) | **3-09CV2334-G** |
| _Defendant_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Purple Mountain Sweaters
17716 Bridlewood Court
Parrish, FL  34219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    D. Scott Hemingway
Hemingway & Hansen, LLP
Comerica Bank Tower, Suite 2500
1717 Main Street
Dallas, Texas  75201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date:   DEC 0 8 2009

_Rod Reynolds_

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.                                    **3-09CV2334-G**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  PURPLE MOUNTAIN SWEATERS

was received by me on *(date)*  12/16/2009 @ 11:45AM.

☒ I personally served the summons on the individual at *(place)*  17716 BRIDLEWOOD COURT
PARRISH, FLORIDA 34219                on *(date)* 12/16/09 @ 5:53PM; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____—_____ for travel and $ 35 for services, for a total of $ 35.00

I declare under penalty of perjury that this information is true.

Date: 12/16/2009                    _____
                                              *Server's signature*

                                    WARREN J. CUTTER   CPS# 0287
                                    _____
                                              *Printed name and title*


                        583 BAYSHORE DRIVE, ELLENTON, FLORIDA 342_
                        _____
                                *Server's address*

Additional information regarding attempted service, etc:

JOSEPH F WINTER
MY COMMISSION # DD934076
EXPIRES October 21, 2013
(407) 398-0153    FloridaNotaryService.com

Affiant is personally
known to me.

Joseph F. Winter

# EXHIBIT 4

LAW OFFICES OF

# CHARLES J. PRESCOTT, P.A.

A PROFESSIONAL ASSOCIATION



SUITE 115
2033 WOOD STREET
SARASOTA, FLORIDA 34237
(941) 957-4208
FAX (941) 957-4210
e-mail: cj.prescott@verizon.net
website: www.patentsprescott.com

PATENTS·TRADEMARKS
COPYRIGHTS & RELATED
MATTERS

*October 14, 2009*

*D. Scott Hemingway, Esquire*
*Hemingway & Hansen*
*Comerica Bank Tower - Suite 2500*
*1717 Main Street*
*Dallas, TX 75201*

Re: *M3Girl Designs*
*Purple Mountain Ice Caps*

Dear Mr. Hemingway:

*Your letter dated October 6, 2009 issued to Purple Mountain Baby on behalf of your client, M3Girl Designs, has been referred to my office for review and response.*

*In your letter, you have asserted, on behalf of your client, certain vague intellectual property rights which you accuse Purple Mountain of infringing. I will attempt to address your assertions separately as specifically as possible based upon the content of your letter.*

### *Trademark SNAP CAPS®*

*Although no copy of a registered trademark for SNAP CAPS was included in your correspondence, nonetheless our office was able to obtain a copy of that registration No. 3,626,432. This registration indicates a first use of the mark SNAP CAPS as early as July 15, 2008, a filing date of October 9, 2008 and a registration date of May 26, 2009. Our client apparently inadvertently applied the descriptive phrase "Snappy Bottle Cap Necklaces" to a sub portion of its product website. However, immediately upon receipt of your letter, our client unilaterally removed access to that website sub part and has now completely removed any reference or inclusion of the term "snappy" to any of its products and in any form whatsoever.*

*I therefore believe that this issue is fully resolved.*

*October 13, 2009*
*Page 2*

## Copyright Infringement

*You have also alleged infringement of certain registered and unregistered copyright rights associated with you client's bottle cap jewelry designs. However, as you have failed to include any identifying materials associated with either the copyright registrations or pending applications of your client, and have specifically failed to identify specific products of our client which might allegedly constitute copyright infringement, I am unable to evaluate the authenticity of this claim. Should you wish to submit further specific registration and identification material and identify specific products of our client which might allegedly constitute copyright infringement, I will very promptly address such specific issues at that time.*

*However, as a general notion, because copyright only protects the embodiment of an idea, rather than an idea itself, upon my perusal of both of our respective clients' product lines, the presence of copyright infringing materials or artwork by one or more products being offered by our client does not immediately manifest itself based upon that brief comparison.*

## Patent and/or Design Infringement

*Your letter also contains assertions of infringing design and patent pending rights of your client. However, no basis for that accusation has been included in your letter with any specificity. Specifically, no design or utility patents or pending applications owned by your client have been provided or referenced in your accusations.*

*Prior to receipt of your letter, our client had authorized a patentability search to be conducted by our office and directed to broad patentability of magnetized bottle caps. Although no patents or published applications of your client were located, only one U.S. Patent 6,857,755 issued to Lewis disclosing an illuminated magnetic clasp bottle cap with epoxy dome to be worn on clothing was located during that search. Moreover, several websites located in a separate common law portion of the search disclosing the sale and/or creation of bottle cap magnets and other decorative articles associated therewith were located. These common law prior art disclosures extend back to at least 2003 and clearly indicate broadly that decorative magnetized bottle caps in their various forms are old and well known in prior art and belong to the public domain.*

*However, if you would like to provide copies of patents and/or pending applications, whether published or unpublished, which might describe and claim decorative bottle cap jewelry of your client which could potentially be infringed now or in the future should one or more patents issue from such pending applications, I would be more than happy to review those applications and advise our client of any current or potential future issues of patent infringement should one or more of these applications materialize into an issued patent.*

October 13, 2009
Page 3

## Tortious Interference

I understand that your client, either directly or through one or more of its representatives or affiliates, is contacting potential and/or current customers and/or distributors of our client's products advising that our client's products are infringing the intellectual property rights of your client without providing sound basis for such accusations. As I have outlined above, unless specificity to these claims can be presented and substantiated, I am concerned that your client is therefore tortiously interfering with business relationships of our client without legal foundation or authority. I therefore request that your client carefully review and reconsider such potentially tortious acts until these accusations of intellectual property rights' infringement can be aired and resolved. Our client has every intention of honoring any and all valid intellectual property rights of others and has no intention of benefiting economically by usurping the valid rights of others. However, acts of disobedience of current tort law will not be tolerated.

Sincerely,

Charles J. Prescott

CJP:dma
cc: Purple Mountain Sweaters