**EXHIBIT 6**

# Hemingway & Hansen
### A Limited Liability Partnership

D. Scott Hemingway

Facsimile: (214) 739-5209
Writer's Direct Phone
(214) 292-8301
shemingway@hemlaw.org

Comerica Bank Tower · Suite 2500
1717 Main Street
Dallas, TX 75201

Intellectual Property Law
Complex Business Litigation

October 16, 2009

*Via Facsimile, E-Mail*
*And Certified Mail*
*Return Receipt Requested*

Ms. Carol-Ann Bishop, Owner
Purple Mountain Baby
17716 Bridlewood Ct.
Parrish, FL 34219

Re:     Second and Final Cease and Desist Demand
        Purple Mountain Bottle Cap Magnets

Dear Ms. Bishop:

As of today, I have not received a written response to my earlier Cease and Desist Letter Request dated October 6, 2009. *(See Oct. 6, 2009 letter and enclosures attached hereto)*. We were quite surprised to see your website offering six (6) pages of the same type of infringing items in direct and willful violation of intellectual property rights secured (and being secured) by M3Girl Designs, LLC. Instead of ceasing your infringing activities, you appear to be expanding them.

M3Girl Designs, the creator of Snap Caps®, the Original interchangeable magnetic bottlecap necklace and jewelry. Specifically, M3Girl Designs is the originator, developer and creator of the structures and functionality of interchangeable magnetic bottlecap necklaces – namely, chokers with magnets that securely fasten the bottlecaps to the necklaces and allow for the bottlecaps to be interchanged or swapped with other bottlecap designs. Your business has expanded its offering of infringing necklaces that use the same designs and structures created by M3Girl Designs. Specifically, your business appears to be offering exact duplicates of certain M3Girl Snap Caps® designs, through your website http://www.purplemountainbaby.com/catalog.php?category=105. *(See attached)*.

Please be advised that we need written confirmation that Purple Mountain Baby has ceased and desisted from all illegal competitive activities identified in my earlier correspondence, and that you provide a full accounting for all unfair business actions since their

Hemingway & Hansen, LLP

Purple Mountain Baby
October 16, 2009
Page 2

inception. If we do not receive proof within five (5) business days, we will take the appropriate legal action. If you have any questions or comments, please do not hesitate to contact me.

Very truly yours,

D. Scott Hemingway

Enclosures

# HEMINGWAY & HANSEN, LLP

COMERICA BANK TOWER SUITE 2500
1717 MAIN STREET
DALLAS, TEXAS 75201

# FACSIMILE TRANSMISSION

PHONE: (214) 292-8301
FACSIMILE: (214) 739-5209
SHEMINGWAY@HEMLAW.ORG

Please hand deliver the following facsimile to:

Name:    Carol-Ann Bishop, Owner                    Date: **October 16, 2009**

Facsimile No.: **(941) 729-9293**

Company:    Purple Mountain Baby          Number of Pages (including this page): 35

Telephone No.:                          From:        **D. Scott Hemingway**

Send copies to:                          Direct Telephone No.:  **(214) 292-8301**

Matter No.

---

**NOTICE:** This communication is intended to be confidential to the person to whom it is addressed, and it is subject to copyright protection. If you are not the intended recipient or if you are unable to deliver this communication to the intended recipient, please do not read, copy or use this communication or show it to any other person, but notify the sender immediately by telephone the direct telephone number noted above.

**Message:**

Please call us immediately at (214) 292-8300 if the facsimile you receive is incomplete or illegible.

TRANSMISSION VERIFICATION REPORT

```
TIME  : 10/16/2009 17:06
NAME  : HEMINGWAY & HANSEN
FAX   : 2142928999
TEL   : 2142928300
SER.# : BROA4J227189
```

```
DATE,TIME              10/16  16:46
FAX NO./NAME           919417299291
DURATION               00:19:09
PAGE(S)                35
RESULT                 OK
MODE                   STANDARD
                       ECM
```

# HEMINGWAY & HANSEN, LLP

COMERICA BANK TOWER SUITE 2500
1717 MAIN STREET
DALLAS, TEXAS 75201

## FACSIMILE TRANSMISSION

PHONE: (214) 292-8301
FACSIMILE: (214) 739-5209
SHEMINGWAY@HEMLAW.ORG

Please hand deliver the following facsimile to:

Name:    Carol-Ann Bishop, Owner                    Date: **October 16, 2009**

                                      Facsimile No.: **(941) 729-9293**

Company:    Purple Mountain Baby        Number of Pages (including this page): 35

Telephone No.:                          From:    **D. Scott Hemingway**

Send copies to:                         Direct Telephone No.: **(214) 292-8301**

                                        Matter No.

**NOTICE:** This communication is intended to be confidential to the person to whom it is addressed, and it is subject to copyright protection. If you are not the intended recipient or if you are unable to deliver this communication to the intended recipient, please do not read, copy or use this communication or show it to any other person, but notify the sender immediately by telephone the direct telephone number noted above.

**Message:**



Questions? Call Us Toll Free 1-800-277-5228 10am - 8pm - Email 24.7

*purple mountain Baby Gifts*

*Unique Baby Gifts ~ Baby Shower Gifts ~ Keepsake Baby Gifts*

Free Shipping & Free Gift Wrapping
*CLICK FOR DETAILS*

100% Satisfaction Guarantee

**SEARCH CATALOG**

[Go]

**PRODUCTS**

Baby Layette Gift Sets

Soft Sole Leather Baby Shoes

Cotton Baby Knits

Handknit Sweater Sets

Baby Boy Gifts

Baby Girl Gifts

It's a Surprise Gifts

Bottle Cap Magnets

Cords & Chokers

New Items

Featured Items

Sale Items

All Items

**INFORMATION**

Precious Memories Size Guide

Gift Registry

Web Site Links

Affiliate Sign In / Sign Up

Catalog > Bottle Cap Magnets

## Purple Mountain Bottle Cap Magnets

Bottle Cap Magnets are made to order due to the large design selection offered. Please allow 5-7 days production time for processing. If your order is urgent send us a note to see if we can rush your order. In many cases we can accommodate these special requests.

*Not intended for babies or young children. Small objects are risk for children under 8 years old. Bottle cap magnets are a fun and useful gift for teens-adult.

1 | 2 | 3 | 4 | 5 | 6 | > | >>
Page 1 of 6



Star Me Bottle Cap Magnet Collection
$6.50

Star Me Bottle Cap Magnet Collection
2
$6.50

Star Me Bottle Cap Magnet Collection
3
$6.50



The Mompack
moms
helping moms

Affiliate Information
Affiliate Terms
Link to us
Link Exchange Banners
Our Blog
Resources
Join Our Mailing List
Friends of Purple Mountain

Star Me Bottle Cap Magnet Collection 4
$6.50

All Gymnastics Themed Bottle Cap Magnets
$6.50

All Gymnastics Themed Bottle Cap Magnets 2
$6.50

All Gymnastics Themed Bottle Cap Magnets 3
$6.50

Peace Pop Bottle Cap Magnet Collection
$6.50

Peace Pop Bottle Cap Magnet Collection 2
$6.50

Peace Pop Bottle Cap Magnet Collection 3
$6.50

Sport Themed Bottle Cap Magnets
$6.50

Sport Themed Bottle Cap Magnets 2
$6.50



Sport Themed Bottle Cap Magnets 3
$6.50

Tween Sayings Bottle Cap Magnet
Collection
$6.50

Tween Sayings Bottle Cap Magnet
Collection 2
$6.50

Tween Sayings Bottle Cap Magnet
Collection 3
$6.50

Funky Fun Bottle Cap Magnet
Collection
$6.50

Funky Fun Bottle Cap Magnet
Collection 2
$6.50

1 | 2 | 3 | 4 | 5 | 6 | > | >>

Page 1 of 6

Purple Mountain Sweaters, Precious Memories Pima Cotton, and Shoo la roo Leather Soft Sole Baby Shoes are our specialty. Offering wholesale baby clothes, wholesale baby sweaters and baby shoes and retail baby and children's sweaters and clothing for over 15 years - we love to dress babies from head to toe.

Boutique Stores nationwide have been offering high quality, handmade Purple Mountain products to their customers for years. Now you can shop for Purple Mountain Baby Sweaters, luxury baby clothes, leather baby shoes, baby bouquets of baby clothes, and other unique baby gifts in the comfort of your own home.

Thanks from all of us at Purple Mountain.

©2004 - 2009 handmade baby sweaters from Purple Mountain Baby. All rights reserved.
Design by ASD



Questions? Call Us Toll Free 1-800-277-5228 10am - 8pm • Email 24.7

purple mountain Baby Gifts

Unique Baby Gifts ~ Baby Shower Gifts ~ Keepsake Baby Gifts

Free Shipping & Free Gift Wrapping
*CLICK FOR DETAILS

PayPal

100% Satisfaction Guarantee

CPSIA COMPLIANCE

Home | Contact Us | About Us | Track an Order | Customer Service | Your Cart

Wholesale

SEARCH CATALOG

[Go]

**PRODUCTS**

Baby Layette Gift Sets
Soft Sole Leather Baby Shoes
Cotton Baby Knits
Handknit Sweater Sets
Baby Boy Gifts
Baby Girl Gifts
It's a Surprise Gifts
Bottle Cap Magnets
Cords & Chokers
New Items
Featured Items
Sale Items
All Items

**INFORMATION**

Precious Memories Size Guide
Gift Registry
Web Site Links
Affiliate Sign In / Sign Up

Catalog > Bottle Cap Magnets

## Purple Mountain Bottle Cap Magnets

<< < 1 | 2 | 3 | 4 | 5 | 6 > >>
Page 2 of 6

Bottle Cap Magnets are made to order due to the large design selection offered. Please allow 5-7 days production time for processing. If your order is urgent send us a note to see if we can rush your order. In many cases we can accomodate these special requests.

*Not intended for babies or young children. Small objects are risk for children under 8 years old. Bottle cap magnets are a fun and useful gift for teens-adult.



Organic Girl Bottle Cap Magnet Collection
$6.50



Organic Girl Bottle Cap Magnet Collection 2
$6.50



Organic Girl Bottle Cap Magnet Collection 3
$6.50








Purple Mountain Sweaters, Precious Memories Pima Cotton, and Shoo la roo Leather Soft Sole Baby Shoes are our specialty. Offering wholesale baby clothes, wholesale baby sweaters and baby shoes and retail baby and children's sweaters and clothing  for over 15 years - we love to dress babies from head to toe.

Boutique Stores nationwide have been offering high quality, handmade  Purple Mountain products to their customers for years.   Now you can shop for Purple Mountain Baby Sweaters, luxury baby clothes,  leather baby shoes, baby bouquets of baby clothes, and other unique baby gifts  in the comfort of your own home.

Thanks from all of us at Purple Mountain.

©2004 - 2009 handmade baby sweaters from Purple Mountain Baby. All rights reserved.
Design by ASD

<< < 1 | 2 | 3 | 4 | 5 | 6 > >>
Page 2 of 6

Holiday Snowman Bottle Cap Magnets
$6.50



$6.50

Holiday Gingerbread Man Bottle Cap
Magnets
$6.50



$6.50

Holiday Snowman Bottle Cap Magnets
2
$6.50



$6.50





Questions? Call Us Toll Free 1-800-277-5228 10am - 8pm · Email 24.7

**Free Shipping & Free Gift Wrapping**

*Unique Baby Gifts ~ Baby Shower Gifts ~ Keepsake Baby Gifts*

CPSIA COMPLIANCE

PayPal

100% Satisfaction Guarantee

Home | Contact Us | About Us | Track an Order | Customer Service | Your Cart

Wholesale

Catalog > Bottle Cap Magnets

# Purple Mountain Bottle Cap Magnets

Bottle Cap Magnets are made to order due to the large design selection offered. Please allow 5-7 days production time for processing. If your order is urgent send us a note to see if we can rush your order. In many cases we can accomodate these special requests.

*Not intended for babies or young children. Small objects are risk for children under 8 years old. Bottle cap magnets are a fun and useful gift for teens-adult.

<<  <  1 | 2 | 3 | 4 | 5 | 6  >  >>

Page 3 of 6

**SEARCH CATALOG**

[ Go ]

**PRODUCTS**

Baby Layette Gift Sets

Soft Sole Leather Baby Shoes

Cotton Baby Knits

Handknit Sweater Sets

Baby Boy Gifts

Baby Girl Gifts

It's a Surprise Gifts

Bottle Cap Magnets

Cords & Chokers

New Items

Featured Items

Sale Items

All Items

**INFORMATION**

Precious Memories Size Guide

Gift Registry

Web Site Links

Affiliate Sign In / Sign Up



Cheetah Print Tween Saying Bottle Cap Magnets
$6.50

Animal Crackers Bottle Cap Magnets
$6.50

Animal Crackers Bottle Cap Magnets 2
$6.50



The Mompack
moms
helping moms

Affiliate Information
Affiliate Terms
Link to us
Link Exchange Banners
Our Blog
Resources
Join Our Mailing List
Friend's of Purple Mountain

Animal Crackers Bottle Cap Magnets 3
$6.50

Princess on Pink Bottle Cap Magnets 2
$6.50

Polka Dot Sayings - Bottle Cap Magnets 2
$6.50

Twins Themed Bottle Cap Magnets

Princess on Pink Bottle Cap Magnets
$6.50

Princess on Pink Bottle Cap Magnets 3
$6.50

Polka Dot Sayings - Bottle Cap Magnets 2
$6.50

Twins Themed Bottle Cap Magnets 2

Princess on Pink Bottle Cap Magnets
$6.50

Polka Dot Sayings - Bottle Cap Magnets 3
$6.50

Polka Dot Sayings - Bottle Cap Magnets 3
$6.50

Twins Themed Bottle Cap Magnets 3



$6.50

Too Cute Bottle Cap Magnets
$6.50

$6.50

Too Cute Bottle Cap Magnets 2
$6.50

$6.50

Too Cute Bottle Cap Magnets 3
$6.50

<< < 1 | 2 | 3 | 4 | 5 | 6 > >>

Page 3 of 6

Purple Mountain Sweaters, Precious Memories Pima Cotton, and Shoo la roo Leather Soft Sole Baby Shoes are our specialty. Offering wholesale baby clothes, wholesale baby sweaters and baby shoes and retail baby and children's sweaters and clothing for over 15 years - we love to dress babies from head to toe.

Boutique Stores nationwide have been offering high quality, handmade  Purple Mountain products to their customers for years.   Now you can shop for Purple Mountain Baby Sweaters, luxury baby clothes,  leather baby shoes, baby bouquets of baby clothes, and other unique baby gifts  in the comfort of your own home.

Thanks from all of us at Purple Mountain.

©2004 - 2009 handmade baby sweaters from Purple Mountain Baby. All rights reserved.
Design by ASD

Questions? Call Us Toll Free 1-800-277-5228 10am - 8pm - Email 24.7

**purple mountain** Baby Gifts

Unique Baby Gifts ~ Baby Shower Gifts ~ Keepsake Baby Gifts

Free Shipping & Free Gift Wrapping
*LUCY FOR US DEALS*

PayPal
VISA

100% Satisfaction Guarantee

CPSIA COMPLIANCE

Wholesale | Home | Contact Us | About Us | Track an Order | Customer Service | Your Cart

Catalog > Bottle Cap Magnets

# Purple Mountain Bottle Cap Magnets

<< < 1 | 2 | 3 | 4 | 5 | 6 > >>
Page 4 of 6

Bottle Cap Magnets are made to order due to the large design selection offered. Please allow 5-7 days production time for processing. If your order is urgent send us a note to see if we can rush your order. In many cases we can accomodate these special requests.

*Not intended for babies or young children. Small objects are risk for children under 8 years old. Bottle cap magnets are a fun and useful gift for teens-adult.

SEARCH CATALOG

[Go]

**PRODUCTS**
Baby Layette Gift Sets
Soft Sole Leather Baby Shoes
Cotton Baby Knits
Handknit Sweater Sets
Baby Boy Gifts
Baby Girl Gifts
It's a Surprise Gifts
Bottle Cap Magnets
Cords & Chokers
New Items
Featured Items
Sale Items
All Items

**INFORMATION**
Precious Memories Size Guide
Gift Registry
Web Site Links
Affiliate Sign In / Sign Up





Too Cute Bottle Cap Magnets 4
$6.50





Black & White Bottle Cap Magnets
$6.50






Yin Yang Bottle Cap Magnets
$6.50

Affiliate Information
Affiliate Terms
Link to us
Link Exchange Banners
Our Blog
Resources
Join Our Mailing List
Friend's of Purple Mountain

The Mompack
moms helping moms



Crosses Bottle Cap Magnets
$6.50

All Music Themed Bottle Cap Magnets3
$6.50

Punk Theme Bottle Cap Magnets 2
$6.50

All Music Themed Bottle Cap Magnets
2
$6.50

All Music Themed Bottle Cap Magnets
4
$6.50

Punk Theme Bottle Cap Magnets 3
$6.50

All Music Themed Bottle Cap Magnets
$6.50 - $16.48

Punk Theme Bottle Cap Magnets
$6.50

Punk Theme Bottle Cap Magnets 4
$6.50

Punk Theme Bottle Cap Magnets 5
$6.50

Punk Theme Bottle Cap Magnets 6
$6.50

Punk Theme - Lil Angel Bottle Cap Magnets
$6.50



Skulls Theme Bottle Cap Magnets
$6.50

Skulls Theme Bottle Cap Magnets 2
$6.50

Skulls Theme Bottle Cap Magnets 3
$6.50

< <  < 1 | 2 | 3 | 4 | 5 | 6 >  > >>

Page 4 of 6

Purple Mountain Sweaters, Precious Memories Pima Cotton, and Shoo la roo Leather Soft Sole Baby Shoes are our specialty. Offering wholesale baby clothes, wholesale baby sweaters and baby shoes and retail baby and children's sweaters and clothing for over 15 years - we love to dress babies from head to toe.

Boutique Stores nationwide have been offering high quality, handmade Purple Mountain products to their customers for years. Now you can shop for Purple Mountain Baby Sweaters, luxury baby clothes, leather baby shoes, baby bouquets of baby clothes, and other unique baby gifts in the comfort of your own home.

Thanks from all of us at Purple Mountain.

©2004 - 2009 handmade baby sweaters from Purple Mountain Baby. All rights reserved.
Design by ASD



Questions? Call Us Toll Free 1-800-277-5228 10am - 8pm · Email 24.7

*Unique Baby Gifts ~ Baby Shower Gifts ~ Keepsake Baby Gifts*

Wholesale

Home

Contact Us

About Us

Track an Order

Customer Service

Your Cart

Free Shipping & Free Gift Wrapping









100% Satisfaction Guarantee

SEARCH CATALOG

[ Go ]

PRODUCTS

Baby Layette Gift Sets

Soft Sole Leather Baby Shoes

Cotton Baby Knits

Handknit Sweater Sets

Baby Boy Gifts

Baby Girl Gifts

It's a Surprise Gifts

Bottle Cap Magnets

Cords & Chokers

New Items

Featured Items

Sale Items

All Items

INFORMATION

Precious Memories Size Guide

Gift Registry

Web Site Links

Affiliate Sign In / Sign Up

Catalog > Bottle Cap Magnets

## Purple Mountain Bottle Cap Magnets

<< < 1 | 2 | 3 | 4 | 5 | 6 > >>
Page 5 of 6

Bottle Cap Magnets are made to order due to the large design selection offered. Please allow 5-7 days production time for processing. If your order is urgent send us a note to see if we can rush your order. In many cases we can accommodate these special requests.

*Not intended for babies or young children. Small objects are risk for children under 8 years old. Bottle cap magnets are a fun and useful gift for teens-adult.



Pink Cheetah Initials - A-L - Bottle Cap Magnets
$6.50




Pink Cheetah Initials - M-Z - Bottle Cap Magnets
$6.50

Swiss Dot Pink Letter Initials M-Z Bottle Cap Magnets
$6.50



The Mompack
helping moms
moms

Affiliate Information
Affiliate Terms
Link to us
Link Exchange Banners
Our Blog
Resources
Join Our Mailing List
Friends of Purple Mountain

Swiss Dot Pink Letter Initials A-L
Bottle Cap Magnets
$6.50

Butterfly Kisses Bottle Cap Magnets
$6.50

All Princess Themed Bottle Cap
Magnets
$6.50

Typewriter Floral Letter A-L Bottle
Cap Magnets
$6.50

Breast Cancer Awareness Magnets
$6.50

All Princess Themed Bottle Cap
Magnets 2
$6.50

Typewriter Floral Letter M-Z Bottle
Cap Magnets
$6.50

Breast Cancer Awareness Magnets 2 -
pearlized
$6.50 - $24.50

All Princess Themed Bottle Cap
Magnets 3
$6.50



Rock on Bottle Cap Magnets
$6.50

Rock on Bottle Cap Magnets 2
$6.50

Rock on Bottle Cap Magnets 3
$6.50

Hoot Owl & Friend Bottle Cap Magnet Collection
$6.50

Hoot Owl & Friend Bottle Cap Magnet Collection 2
$6.50

Hoot Owl & Friend Bottle Cap Magnet Collection 3
$6.50

<< < 1 | 2 | 3 | 4 | 5 | 6 | > >>

Page 5 of 6

Purple Mountain Sweaters, Precious Memories Pima Cotton, and Shoo la roo Leather Soft Sole Baby Shoes are our specialty. Offering wholesale baby clothes, wholesale baby sweaters and baby shoes and retail baby and children's sweaters and clothing  for over 15 years - we love to dress babies from head to toe.

Boutique Stores nationwide have been offering high quality, handmade  Purple Mountain products to their customers for years.  Now you can shop for Purple Mountain Baby Sweaters, luxury baby clothes,  leather baby shoes, baby bouquets of baby clothes, and other unique baby gifts  in the comfort of your own home.

Thanks from all of us at Purple Mountain.

©2004 - 2009 handmade baby sweaters from Purple Mountain Baby, All rights reserved.
Design by ASD



Questions? Call Us Toll Free 1-800-277-5228 10am - 8pm · Email 24/7

Unique Baby Gifts ~ Baby Shower Gifts ~ Keepsake Baby Gifts

Wholesale | Home | Contact Us | About Us | Track an Order | Customer Service | Your Cart

SEARCH CATALOG

[ Go ]

Catalog > Bottle Cap Magnets

## Purple Mountain Bottle Cap Magnets

**PRODUCTS**

Baby Layette Gift Sets
Soft Sole Leather Baby Shoes
Cotton Baby Knits
Handknit Sweater Sets
Baby Boy Gifts
Baby Girl Gifts
It's a Surprise Gifts
Bottle Cap Magnets
Cords & Chokers
New Items
Featured Items
Sale Items
All Items

**INFORMATION**

Precious Memories Size Guide
Gift Registry
Web Site Links
Affiliate Sign In / Sign Up

Bottle Cap Magnets are made to order due to the large design selection offered. Please allow 5-7 days production time for processing. If your order is urgent send us a note to see if we can rush your order. In many cases we can accommodate these special requests.

*Not intended for babies or young children. Small objects are risk for children under 8 years old. Bottle cap magnets are a fun and useful gift for teens-adult.

<< < 1 | 2 | 3 | 4 | 5 | 6
Page 6 of 6



Cowgirl Up Bottle Cap Magnet Collection
$6.50



Cowgirl Up Bottle Cap Magnet Collection 2
$6.50



I Love Horses Bottle Cap Magnet Collection
$6.50

<< < 1 | 2 | 3 | 4 | 5 | 6
Page 6 of 6

The Mompack
helping moms

Affiliate Information
Affiliate Terms
Link to us
Link Exchange Banners
Our Blog
Resources
Join Our Mailing List
Friends of Purple Mountain

I Love Horses Bottle Cap Magnet
Collection 2
$6.50

I Love Horses Bottle Cap Magnet
Collection 3
$6.50

Wild One Zebra Themed Bottle Cap
Magnet Collection
$6.50

Wild One Zebra Themed Bottle Cap
Magnet Collection 2
$6.50

All Dance Themed Bottle Cap Magnets
$6.50



All Dance Themed Bottle CapMagnets
2
$6.50

All Dance Themed Bottle Cap Magnets
3
$6.50

Purple Mountain Sweaters, Precious Memories Pima Cotton, and Shoo la roo Leather Soft Sole Baby Shoes are our specialty. Offering wholesale baby clothes, wholesale baby sweaters and baby shoes and retail baby and children's sweaters and clothing  for over 15 years - we love to dress babies from head to toe.

Boutique Stores nationwide have been offering high quality, handmade  Purple Mountain products to their customers for years.  Now you can shop for Purple