# EXHIBIT 7



**Where to Buy - M3 Girl Designs - Microsoft Internet Explorer**

File   Edit   View   Favorites   Tools   Help

Address: http://www.m3girldesigns.com/where-to-buy/

**ABOUT US • WHERE TO BUY • BOTTLE CAP BUZZ • CAP COLLECTIONS • MEDIA • CONTACT**

## WHERE TO BUY

### Alaska

Classic Toys - Anchorage                    Grand Slam Toys & Cards - Kodiak

### Alabama

Ann's Boutique - Hamilton                   Lily Pads - Birmingham
Bearly Resistable - Enterprise              Mommy and Me - Gadsden
Bee Different - Hoover                       Monkey Bizniez - Pell City
Chelsea Lane - Chelsea                       Monkey Toes - Birmingham
Crape Turtle - Guntersville                 Monogram Plus - Cullman
Cutie Patootie - Gadsden                    Moore's Flowers & Gifts - Fayette
Doodlebugs Centre - Centre                  Ooh La La - Orange Beach

Enter Your Email:

SIGN UP »

Maddie's corner



**Where to Buy - M3 Girl Designs - Microsoft Internet Explorer**

File   Edit   View   Favorites   Tools   Help

Address: http://www.m3girldesigns.com/where-to-buy/

Everyday Indulgence - Tuscaloosa
Family Pharmacy of Springhill - Mobile
Fantasy Island - Fairhope
Freddies and Furtz - Geneva
Fun and Fancy - Auburn
Gifts from A to Zebra - Dauphin Island
Hue Studio - Montgomery
Itty Bitty - Brownsboro
J & M Pharmacy - Oneonta
Kids Korner - Enterprise
Kidz Closet - Birmingham
Lamb's Ears LTD. - Birmingham
Learning Express - Hoover
Learning Express Trussville - Trussville
Learning Express Vestavia - Birmingham
Lee's Kloset - Thomasville

PigTailz & Overallz - Hartselle
Plain Jane Gifts - Birmingham
Purple Peanut - Huntsville
Schoolhouse - Vestavia Hills
Seaside Shoez - Foley
Snoozy's Bookstore - Birmingham
Soca Clothing - Homewood
Southern Belles Boutique - South Clanton
That Store - Dothan
The Crystal Corner Inc. - Boaz
The Gift Gallery - Grove Hill
The Pink Polka Dot - Robertsdale
The Storks Nest - Florence
The Toad Stool - Scottsboro
Think Toys - Oxford
Whoopsie Daisy - Trussville

### Arkansas

All Thru The House - Little Rock
Almost Anything - Searcy
Catering To You - Little Rock
Choices Image Studio - El Dorado
City Drug - Monticello
Everett - Searcy
Gift It Up - Star City
Hot Spot Connections - Alma
Inscriptions - Ft. Smith
J. Christopher Toys - Jonesboro
Jack N Jill - Hot Springs
Katiebugs - Ft. Smith
Kelley Drug & Selections - McGehee
Kids Kloset - Jonesboro

Market Place Pharmacy - Little Rock
Melody's Choice - Fayetteville
Melody's Choices - Rogers
O Lee O's - Van Buren
Patty Cakes - Jonesboro
Playaway - Little Rock
Simply Beautiful II - Magnolia
Smith Caldwell - Benton
The Corner Pharmacy - Ashdown
The Crown Shop - Little Rock
The Toggery - Little Rock
Three C's in a Pod - Cabot
Too Cute - El Dorado
Toychest - Hot Springs

### Arizona

Basically Bows - Scottsdale
Girly Girlz - Mesa
Girly Girlz - Scottsdale

Learning Express - Phoenix
Manhattan Dance Project - Phoenix
Stephanie's - Phoenix

start | Inbox - Microsoft | Re: Henning-Wu Fr... | Timeslips 2006 | Where to Buy - M... | Document2 - Micr... | 4:26 PM



**Where to Buy - M3 Girl Designs - Microsoft Internet Explorer**

File   Edit   View   Favorites   Tools   Help

Address http://www.m3girldesigns.com/where-to-buy/

| | |
|---|---|
| Kid Stop - Scottsdale | Sweet & Sassy - Mesa |
| Kid's Center - Tucson | The Crystal Corner - Boaz |
| Kidstop Toy & Book - Scottsdale | Urban Kids - Scottsdale |

## California

| | |
|---|---|
| Adventure Toy - Los Altos | Palo Alto Sport & Toy - Palo Alto |
| Bella Beach - Manhattan Beach | Professor Toy Store - Visalia |
| Blue Skies On Broadway - Burlingame | Pumpkin Heads - Los Angeles |
| Cheeky Monkey - Menlo Park | Rascals to Rebels - Huntington Beach |
| Epithany Books - Newport Beach | Rascals to Rebels - Irvine |
| Fairy Tales - Dana Point | Rascals to Rebels - Los Alamitos/Seal Beach |
| Geppetto's - Carlsbad | Raspberry & Sage - Seal Beach |
| Geppetto's - Chula Vista | Sisters Too - Pierre Part |
| Geppettos - Del Mar | Solana's Toy World - Greenbrae |
| Geppetto's - La Jolla | Spunky Skunk - Fort Bragg |
| Geppetto's Craftsman - San Diego | Talbots Toyland - San Mateo |
| Geppetto's Del Mar Heights - San Diego | The Barbouri - Ripon |
| Geppetto's Friars - San Diego | The Dinosaur Farm - South Pasadena |
| Geppetto's Old Town - San Diego | The Wee Loft - Dana Point |
| Gym Ventures - San Diego | Thinker Things - Del Marr |
| Half Pint - E Sonoma | Thinker Toys - Carmel |
| Hopscotch - Aptos | Toy Boat - Corona Del Mar |
| Learning Express - Roseville | Toy Shop - Sonoma |
| Learning Express - San Jose | Toys West - Petaluma |
| Lollipops & Polkadots - Yorba Linda | Twinkle Twinkle Little Star - Monrovia |
| M. Fredric - Agoura Hills | Whizkids - San Luis Obispo |
| Mac And Madi - San Clemente | Wooden Horse - Los Gatos |

## Colorado

| | |
|---|---|
| Isabetwoens - Denver | Mommy & Me Boutique - Eagle |
| Julie's Hallmark - Colorado Springs | Play Fair Toys - Boulder |
| Julie's Hallmark - Greenwood Village | Stork & Bear Co. - Frisco |
| Julie's Hallmark - Hilands Ranch | Stylelicious - Denver |
| Julie's Hallmark - Littleton | Sweet & Sassy Littleton - Littleton |
| Kaleidoscope - Salida | The Berry Patch - Lamar |
| Kazoo & Co. - Denver | Three Blind Mice - Littleton |
| Learning Express - Fort Collins | Toy Station at School Crossing - Colorado |

start   Inbox - Microsoft   Re: Hemingway's ...   Timeslips 2005   Where to Buy - M...   Document2 - Micr...   4:27 PM



**Where to Buy - M3 Girl Designs - Microsoft Internet Explorer**

File   Edit   View   Favorites   Tools   Help

Address http://www.m3girldesigns.com/where-to-buy/

Lily's Children's Clothing - Pueblo

Springs
Toy Store - Vail

## Connecticut

Anna Banana - Greenwich
Butterflies and Zebras - Ridgefield
Cudjoe Gardens Manna - New Fairfield
Good Ideas - Watertown
Hoaglands Of Greenwich - Greenwich
Kiddipoty - Washington Depot
Kiddly Winks - Canton
Learning Express - Darien
Learning Express - West Hartford
Learning Express - Westport
Lollipop Guild - Westport

Reibman's - Torrington
Smart Kids Toys - Greenwich
Somers Pharmacy - Somers
Stuf - Greenwich
Sweet Repeats - Fairfield
The Perfect Toy - Avon
The Purple Bear - Guilford
The Toy Room - Bethel
The Wooden Toy - Wethersfield
Three Monkeys and Me - Kent
Toy Journey - Southbury

## District Of Columbia

Barstons Child's Play - Washington

## Delaware

Gifts from the Heart - Hamington
Learning Express - Wilmington

The Lilypad Children's - Rehoboth Beach

## Florida

Aristo Kids - Palm Beach
Artfully Yours - Tampa
Baby Sea Fox - New Smyrna
Bravery Hearts - Miami Beach
Brenda's Boutique - Coconut Grove
Children's Couture - Fort Myers
Cute and Sassy - Youngstown

Learning Express - Winter Park
Lil' Guys & Dolls - Eustis
Lil' Guys and Dolls - Mt. Dora
Little Bo Tique - Sarasota
Little Menina's - Miami
Lollipop Cottage - Celebration
Lulu Bella - Naples

start       4:28 PM



Where to Buy - M3 Girl Designs - Microsoft Internet Explorer

File   Edit   View   Favorites   Tools   Help

Back      ⋅       ⋅   ☒   ☑   ⌂   🔍 Search   ☆ Favorites   ✉   ✉ ⋅ ✉   ▣ ⋅

Address  🖻 http://www.m3gridesigns.com/where-to-buy/                                                      🔽   🔁 Go

| | |
|---|---|
| Cute and Sassy - Youngstown | Lulu Bella - Naples |
| Doodle Doo's - St. Johns | Lulu Girl - Ft. Lauderdale |
| Flora Ottimer Shop - Fort Lauderdale | Middleton Clothiers - Pace |
| Get Smart Educational - Pinecrest | Mimi's Boutique - Orlando |
| Giggle Moon - Naples | Miss Katies - Aventura |
| Gigi's Childrens Boutique - Naples | Next Generation - Delray Beach |
| Gironondo - Miami | Obsessories - Lakewood Ranch |
| Glitz & Glam Jewelry - St. Augustine | Once Upon A Time - Palm Beach Garden |
| Golden Egg - Tampa | Poco Pattino - Tampa |
| Hillary's Heart - Lake Worth | Pookies Boutique - Miami |
| Hugs And Hissy Fits - Fort Walton | Purple Dragonfly Boutique - Ormond |
| Industry - Aventura | Shop on Impulse - Boynton Beach |
| Izabelle - Sarasota | Smarty Pants - Tampa |
| Jellybeans - Wauchula | Step By Step - Miami |
| Kids in Bloom - Boca Raton | Sweet & Sassy - Jacksonville |
| Learning Express - Coconut Creek | Sweet & Sassy - Tampa |
| Learning Express - Coral Springs | Sweet & Sassy Foxwood Hattis - Jacksonville |
| Learning Express - Destin | Sweet & Sassy Oakleaf - Jacksonville |
| Learning Express - Jacksonville | Sweet and Sassy - Parkland |
| Learning Express - Miramar Beach | The Blakely House - Ocala |
| Learning Express - Naples | The Chuckle Patch - Parkland |
| Learning Express - Palm Beach Gardens | The Decorator's Door & Gift Shop - Mariannak |
| Learning Express - Pembroke Pines | The Green Alligator - Jacksonville |
| Learning Express - St. Petersberg | The Green Alligator - Ponte Vedra |
| Learning Express - Stuart | The Purple Pig - The Villages |
| Learning Express - Sunrise | The Red Raspberry - Crestview |
| Learning Express - Tallahassee | Timmie's Toys - Lake Mary |
| Learning Express - Tampa Palms | Toy Magic - Ft Walton Beach |
| Learning Express - Tampa Race Track | Traditions on Park - Winter Park |
| Learning Express - University Park | Twisted Kidz - Amelia Island |
| Learning Express - Valrico | Widensky's - Coral Springs |
| Learning Express - Wellington | Wiggle Worms - Fernandina Beach |
| Learning Express - Wesley Chapel | Wild Child - Pansacola |

## Georgia

| | |
|---|---|
| Allypool - Milton | Melrose on Ponce - Decatur |
| Bambaroo's - Buford | Mulberry Kids - Savannah |
| Butterfly Kisses - Dalton | Mulberry Toys - Madison |
| Carta Bella - Cumming | My Storyhouse Toys - Roswell |
| Country Friends Gifts - Calhoun | Parson's - Cumming |

🏁 start      ⊙ Inbox - Microsoft      ✉ Re: Hemingway's...      ⏱ TimeLips 2006      🖻 Where to Buy - M...      🗐 Document2 - Micr...      🔊 🖳 4:30 PM



**Where to Buy - M3 Girl Designs - Microsoft Internet Explorer**

File   Edit   View   Favorites   Tools   Help

Address http://www.m3girldesigns.com/where-to-buy/

Cutie P'Tutie - Richmond Hills
Duck Duck Goose - Danula
Funky Monkay - Canton
Giggles - Suwanee
Heaven To Seven - Folkston
Heery's Too - Athens
Holy Innocence Campus Shop - Atlanta
Honey Bee Toys - Canton
La Ti Da - Suwanee
Learning Express - Alpharetta
Learning Express - Atlanta
Learning Express - East Marietta
Learning Express - Evans
Learning Express - Macon
Learning Express - Marietta
Learning Express - West Marietta
Learning Express - Woodstock
Little Dooss - Statesboro
Lizards & Lollipopz - Marietta
Love Street Gifts - Smyrna
Marshmallows in the Closet - Woodstock

Parson's - Duluth
Picayune Toys - Dunwood
Pigtail Princess - Moultrie
Pinstripes and Petticoats - Bethlahem
Posh Loft - Savannah
Read it Again - Suwanee
Shenanigan's Toys - Peachtree City
Simple Elegance - Brunswick
Southern Grace - Vienna
Sprong - Atlanta
Stekoa Creek - Clayton
Straw Dog - Cumming
Sugar Plum Kids - Duluth
Sweet & Sassy - Cummings
Sweet & Sassy - Warner Robins
Tayler Made - Columbus
The Gray Horse - Savannah
The Honey Bee - Smyrna
Tiger Lily - Athens
Tot Roost - Calhoun

## Iowa

Bonnie Toys and More - Iowa City
Nicky G's - Shenandoah
Saturday Night Clothing - Denison
The Charm Connection - Des Moines
Von Maur - Cedar Falls

Von Maur - Cedar Rapids
Von Maur - Davenport
Von Maur - Des Moines
Von Maur - Iowa City

## Idaho

The Toy Store - Ketchem

## Illinois

Angelz - Lemont

Munchkin Land - Hindsdale

start



**Where to Buy - M3 Girl Designs - Microsoft Internet Explorer**

File   Edit   View   Favorites   Tools   Help

Address http://www.m3girldesigns.com/where-to-buy/

Becky & Me Toys - Evanston
Cathy's Garden Gate - Libertyville
Cian Bella - Winnetka
Country Classics - Glenview
Divas and Dudes - Bethalto
E. Street - Highland Park
Fit to be Tied - Northfield
Iridescence - Schaumburg
Jump N Style - Glenview
Just Between Friends - Deerfield
Learning Express - Algonquin
Learning Express - Countryside
Learning Express - Glen Ellyn
Learning Express - Homer Glen
Learning Express - Lake Zurich
Learning Express - Naperville
Learning Express - St. Charles
Little Threads - Chicago
M and Ems - Glen Ellyn
Madison and Friends - Chicago
Madison And Friends - Deerfield

My Favorite Toy Store - Downers Grove
My Generation - Highland Park
Once Upon a Toy - Edwardsville
Poppsies - Galena
Silver Spoon - Ottawa
Sproutfitters - Springfield
Such a Deal - Northbrook
Sweet & Sassy - Chicago
Sweet & Sassy - Oakbrook
Tigers & Tulips - Hinsdale
Toys Et Cetera - Chicago
Toys Et Cetera - Clybourn
Toys Et Cetera - Evanston
Von Maur - Forsyth
Von Maur - Glenview
Von Maur - Lombard
Von Maur - Moline
Von Maur - Normal
Von Maur - St. Charles
Wishes Toy Wonderland - Glenview
Y and Z Kids - La Grange

## Indiana

Annie's Attic - Peru
Earth Explorer Toys - Zionsville
Geist Sports Academy - Indianapolis
Imagination Station - Franklin
Just For Kids - Warsaw
Little Women - Indianapolis
Mitchell Books - Fort Wayne

Smarti Pants Toys - Highland
The Sweet Treat Boutique - Indianapolis
Trendy Tots and Teens Boutique - Carmel
Veach's - Richmond
Von Maur - Fort Wayne
Von Maur - Greenwood
Von Maur - Indianapolis

## Kansas

5, 6, 7, 8 Cheer Boutique - Wichita
Bildschon Haus - Hayes
Ferrell Hallmark Shop - Lenexa
Hugs and Hissy Fits - Wichita
Imagine That Toys - Wichita

Rattle and Roll - Cimarron
Rylee and Reece - Wichita
Studio 5 - Ulysses
The Learning Tree - Prairie Village
The Toy Store - Lawrence

start   [taskbar items]   Where to Buy - M...   Documents - Micr...   4:32 PM



Where to Buy - M3 Girl Designs - Microsoft Internet Explorer

File   Edit   View   Favorites   Tools   Help

Back   ·   ×   ⬜   ⬆   ⌂   Search   Favorites   ⬡   ⬡ · ⬡   ⬜ ·

Address   http://www.m3girldesigns.com/where-to-buy/                                               Go

| | |
|---|---|
| Little Britches - Garden City | The Toy Store - Topeka |
| Phoebe's - Wellington | Von Maur - Overland Park |
| Pink Zebra Boutique - Bonner Springs | Von Maur - Wichita |
| Punkin Doodles - Emporia | |

### Kentucky

| | |
|---|---|
| Alex Rose - Elizabethtown | Learning Express Crestview Hills - Union |
| Chatters - Bowling Green | Paperphanalia - Edgewood |
| Dions of Hazard - Hazard | Patty's 1880 Settlement - Grand Rivers |
| Honey Beez - Louisville | Plaid Rabbit - Murray |
| Jeana Lee Originals - Henderson | Playthings - Louisville |
| Jenny Lynn Boutique - Louisa | The Pink Pineapple - Ashland |
| Learning Express - Union | Von Maur - Louisville |

### Louisiana

| | |
|---|---|
| 4 Sisters - Houma | Nimi's Hallmark - Shreveport |
| Ally's Fine Gifts - Bellerchase | Monday's Child - Winnfield |
| Avenue Kids - Monroe | Nancy's Gifts & Children's Wear - Sulphur |
| Bella Home & Gifts - DeRidder | Oh Baby Baton Rouge - Baton Rouge |
| Between Scene - Baton Rouge | Paper Magnolia - Natchitoches |
| Briar Patch - Jennings | Persnickety - Zachary |
| Bundle of Joy - Lafayette | Phils Boys & Girls Wear - Abbeville |
| Sutterbeane - Lake Charles | Picket Fence - Vidalia |
| Childrens Armoire - Covington | Planville - Covington |
| Delta Interiors Ltd. - Homer | Rainbows By Paulette - Baton Rouge |
| DKB Enterprises - Baton Rouge | Red River Drugs - Coushatta |
| Dan's Hallmark - Leesville | Reflections - Many |
| Expectations - Alexandria | Rose Bud - Jennings |
| Flower Child - Monroe | Sanctuary Home and Gifts - Baton Rouge |
| For The Little Ones - New Iberia | Santa's Toy Emporium - Baton Rouge |
| Grandma's Garden - Welsh | Sprout & Co. - Shreveport |
| Haases - New Orleans | Stitch Happens - Bossier City |
| Hillcrest - St. Francisville | Sweet Pea's - Denham Springs |
| Hook Your Smocks - Shreveport | The Basketry - Luling |
| J & R Educational Supply - Lafayette | The Bee's Knees - Denham Springs |
| Jack and Jill - Zachary | The Children's Shoppe - Monroe |
| Kids Korner - Slidell | The Childrens Shoppe - Ruston |

start   Inbox - Microsoft   Ron Hemingway Go...   Timeslips 2006   Where to Buy - M...   Documents - Micr...   4:33 PM



**Where to Buy - M3 Girl Designs - Microsoft Internet Explorer**

File   Edit   View   Favorites   Tools   Help

Back   Search   Favorites

Address http://www.m3girldesigns.com/where-to-buy/

Learning Express - Baton Rouge
Learning Express - Metairie
Lil' Sweet Peas - Galliano
Little Miss Muffin - New Orleans
Main Street Boutique - Springhill
Melissa's - Clinton

The Rocking Horse Toy - Natchitoches
The Station/ Meryl Norman - Vivian
The Youth Shop - Winnfield
Tip Toe Couture - Shreveport
Toy Fair - Shreveport

## Massachusetts

1856 Country Store - Centerville
Babe - Marblehead
Belmont Toys - Belmont
Brussels Sprouts - Newton
Bundle of Hope - Scituate
Buttonwood Books and Toys - Cohasset
Daisy Doo's & Dudes - Wilberham
Fiskas General Store - Holliston
Fun Among Us - Ipswich
Gigi and Me - Osterville
Glee - Foxboro
Good hearts - Reading
Henry Bear's Park - Arlington
Kaleidoscope Toys - Falmouth
Kenzie Kids - Chestnut Hill
Kiddly Winks - Longmeadow
Kid's Stuff - Provincetown

Learning Express - Andover
Learning Express - Hanover
Learning Express - Salem
Learning Express - Sudbury
Little Bits Toys - Wellesley
Mono Mann - Marshfield
Once Upon a Toy - Duxbury
Pixie Stix - Boston
Rose & Dove - Lawrence
Spirit of Toys - Nantucket
Toy Box - Hanover
Toy Shop - Westford
Village Kids - New Highlands
Village Toy Shop - Canton
Village Toy Shop - North Easton
Wellesley Toy Shop - Wellesley

## Maryland

Barstons Child's Play - Baltimore
Barstons Child's Play - Rockville
Crackerjacks, Inc. - Easton
Growing Up Shoppe - Towson
Lord & Lady Bug - Lutherville

On Cloud 9 - Potomac
Synchronicity Boutique - Pikesville
The Pied Piper - Baltimore
Tickled Pink Boutique - Glyndon

## Michigan

start   Inbox - Microsoft   Re: Flemings w-3...   Timeslips 2006   Where to Buy - M...   Documents2 - Micr...   4:35 PM



**Where to Buy - M3 Girl Designs - Microsoft Internet Explorer**

File   Edit   View   Favorites   Tools   Help

Back   ·   ·   ·   Search   Favorites

Address http://www.m3girldesigns.com/where-to-buy/

## Michigan

Adventures in Toys - Birmingham
Learning Express - Ann Arbor
Learning Express - Grand Rapids
Leland Toy Co. - Leland
Ruby Slippers - Bozeman

The Candy Trail - Plymouth
Von Maur - Ann Arbor
Von Maur - Livonia
Warren Prescriptions - Farmington Hills

## Minnesota

C&R Specialty Retail Inc. - Minneapolis
Creative Kid Stuff - Eagan
Enchanted Tree - White Bear Lake

Heppner's - Woodbury
Tina Sabrina - Burnsville
Von Maur - Eden Prairie

## Missouri

Belly Button Boutique - Jane
Circle of Knowledge - St. Louis
Excuses - Liberty
Ferrell Hallmark Shop - Independence
Ferrell Hallmark Shop - Leesummit
Frogs and Friends - Bolivar
Gold Minds - Springfield

Hiles Two - Kansas City
Lauren Alexander - Kansas City
Sassy Pants - St. Louis
Sweet Bee's - De Peres
The Kids Court - Springfield
Zoom Toys - Kansas City

## Mississippi

An Affair to Remember - Fulton
Apple Annie's - Brandon
B. T Threads - Hattiesburg
Ballyhoo Gifts - Mendenhall
Bounce - Carthage
Design Details - Pascagonia
Doodles - Tupelo
Elizabeth's Claire - Tupelo
Emily's Boutique - Guntown
Emmy Jack's - Pascagoula

Once Upon a Time - Colombia
Over the Top - Olive Branch
Perry's - Louisville
Polka Dot Pony - Jackson
Popfizz - Jackson
Puddleducks - Granada
Pumkin Patch - Cleveland
Riley's - Biloxi
Rivi Reed Company - Tupelo
See Saws - Flowood

**start**



**Where to Buy - M3 Girl Designs - Microsoft Internet Explorer**

File   Edit   View   Favorites   Tools   Help

Back   |   Search   Favorites

Address   http://www.m3girldesigns.com/where-to-buy/

Essco/Shoez Too! - Yazoo City
Giggles - Hattiesburg
Gingers - Corinth
Growing Pains - Natchez
Lala & Co. - Amory
Leap Frog - Madison
Learning Express - Ridgeland
Leonard's - Kosciusko
Merriment - Ridgeland
Monkey Charms - Flowood
Monogram Express - Brandon
Monogram Magic by BB - Aberdeen
My Oh My! - Biloxi
Nell Baby's - Sumrall
O! How Cute! - Gautier
Oh Baby - Moss Point

Special Creations and Gifts - Canton
Stubbs - Batesville
Sulm's Gifts - Canton
Sycamore Tree - Ripley
The Corner Shoe Store - Tupelo
The Grace Shop - Boonville
The Grapevine - Bruce
The Inside Story - Madison
The Paper Moon - Biloxi
The Peanut Gallery - Meridian
The Red Door - Pontotoc
The Tin Roof - Baldwin
The Tizzy Lizzy - Ackerman
Today's Dolls & Toys - Corinth
Williams Brothers - Philadelphia
Young Ideas - Indiana

## North Carolina

Always Something New - Asheville
Animal Quacker Toys - Raleigh
Audrey's Once Upon A Time - Concord
Black Forest Books N Toys - Charlotte
Brilliant Sky Toys and Books - Blakeney
Brilliant Sky Toys and Books - Charlotte
Flora Ottimer - Blowing Rock
H Stadium - Kinston
Hip Chics - Clemmons
I Thought About You - Burnsville
La Petite Boutique - Kinston
Learning Express - Cary
Learning Express - Charlotte
Learning Express - Durham
Learning Express - Raleigh
Learning Express - Wilmington
Learning Express Oleander - Wilmington
Luna's at the Lake - Cornelius

Miss K - Danbury
My Favorite Place - Winterville
Polkadots Children's Btq - Raleigh
Sand Dollar Bake Shop - Wake Forest
Silly Goose - Wake Forest
Snapdragon - New Bern
Surroundings - Charlotte
Sweet & Sassy - Charlotte
Sweet & Sassy - Wilmington
The English Room - Charlotte
The Jewel Box - Davidson
The Perfect Gift - Mooresville
The Toy Store - Highlands
Tockie's Toys - Cameron - Raleigh
Tockie's Toys - Fall of Neuse - Raleigh
Toys & Company - Charlotte
Toys & Company - Greensboro

## Nebraska

start



**Where to Buy - M3 Girl Designs - Microsoft Internet Explorer**

File   Edit   View   Favorites   Tools   Help

Address 🌐 http://www.m3girldesigns.com/where-to-buy/

## Nebraska

Kids Kloset - Broken Bow
Learning Express - Fremont
Learning Express - Omaha
Pish Posh - Omaha
Sweet & Sassy Shadow Lake - Papillion

The Closet - Broken Bow
Tiaras - Lincoln
Von Maur - Lincoln
Von Maur - Omaha

## New Hampshire

Learning Express - North Hampton

## New Jersey

A Beautiful Day - Westwood
A To Zoom - Summit
Aunt Jean's Toys - Montclair
Bee Bee Designs - Livingston
Celebrity Kids - Tenafly
Chandelle's Hallmark - Clifton
Charm - Collingswood
Cinderella's Closet - Pompton Lakes
Eat Your Spinach - Ridgewood
Gotham Clothing - Millburn
Green Earth Blue Sky - Moorestown
Greets and Treats - Livingston
Hillary's Fashions - Warren
Hip Chic - Montclair
Incredible Me - Princeton
Jennifer's Jewels - Woodcliff Lake
Kidrageous - Margate
Kids at Heart - Livingston
Learning Express - Cherry Hill
Learning Express - Denville
Learning Express - Gillette
Learning Express - Hillsborough
Learning Express - Princeton
Learning Express - Sewell
Learning Express - Verona

Marcia's Attic - Englewood
Melinda Lane - Westfield
Michelle's Btq - Cherry Hill
Minnow - Montclair
Moments - Wykoff
Montville Pharmacy - Montville
Nirvana - Red Bank
Peppermint Tree - Little Silver
Pitti Bimi - Deal
Polka Dots - Warren
Precious Cargo - Livingston
Princess Ciel Group - Westwood
Second Star to the Right - Bridgehampton
Smith & Company - Caldwell
Splash - Springdale
Stage Left - Wayne
Stage Left Fashion - Franklin Lakes
Sweet & Sassy - Ridgewood
The House - Millburn
The Playing Field - Marlton
The Rocking Horse - Madison
The Trend Depot - Cedar Nulls
Tippy Toes - Princeton
Toy Box - Colts Neck
Toytowne - Hackettstown



**Where to Buy - M3 Girl Designs - Microsoft Internet Explorer**

File   Edit   View   Favorites   Tools   Help

Back   |   Search   Favorites

Address http://www.m3girldesigns.com/where-to-buy/

| | |
|---|---|
| Learning Express - Wayne | Trend - Verona |
| Learning Express - Westfield | Wyckoff Ivy Shop - Wyckoff |
| Learning Express - Westwood | |

## New Mexico

| | |
|---|---|
| Baby Delmonico's Boutique - Carlsbad | Out of the Blue - Albuquerque |
| Klassy Kids - Ruidoso | That's My Baby - Albuquerque |
| One Potato Children's Boutique - Albuquerque | Wind River Trading Co. - Santa Fe |

## Nevada

| | |
|---|---|
| Learning Express - Reno | Renown Health - Reno |

## New York

| | |
|---|---|
| 100% Kids - New York | Lester's Of Huntington - Brooklyn |
| A Little Bit Country - Staten Island | Lester's Of New York - Brooklyn |
| A Time for Children - New York | Lester's Of Rye - Brooklyn |
| Aileen's Baby Express - Merrick | Linda's Gifts To Go - Port Washington |
| Arlee's - Commack | LN1 2 - Infinity - New City |
| Bailey & Diesels - Shoreham | Lolli - Brooklyn |
| Bean + Tween - South Hampton | Lollipops - Latham |
| Barkley Girl West - New York | Lorilyn And Co. - Larchmont |
| Beverly Frills - Port Jefferson | Love Laura Gifts - New York |
| Boo Girls - Katonah | M J Beamz - Plainview |
| Checker Bells - Staten Island | Moruli Moda - Huntington Station |
| Cougarbies - Greenlawn | My Lilly Pad - Rye Brook |
| Country Mouse Boutique - Staten Island | My Wild Child - Mount Sinai |
| Dinosaur Hill - New York | Neil's - Albertson |
| Dragons & Butterflies - New York | Neil's - Mt. Kisco |
| E - Magine Toys - Syosset | Neil's - Scarsdale |
| Epsteins - Tuckahoe | Neil's - Woodbury |
| Faith Ferguson Productions - Warwick | New Image Salon - Hariman |
| Flowers By Zoe - Farmingdale | New York Botanical Gardens - Bronx |
| Funky Monkey - Greenville | Penny Auntie - Chappaqua |
| G. Willikers - Saratoga Springs | Quackles - Poughkeepsie |

start   |   Inbox - Microsoft   |   Re: Fleming Wholesale   |   Timeline 2009   |   Where to Buy - M...   |   Document2 - Micros...   |   4:37 PM



Where to Buy - M3 Girl Designs - Microsoft Internet Explorer

File   Edit   View   Favorites   Tools   Help

Back · · · Search · Favorites

Address http://www.m3girldesigns.com/where-to-buy/   Go

Groovy Chicks - East Northport
Helen's Handbags - Newcity
Ibiza Kidz - New York
Imagine That - Corning
Island Nannies - Dix Hills
It's SWAK - Montrose
Itzy Bitzy & Me - Cedarhurst
J & S Kidswear Inc. - Plainview
Janice Invites - Melville
JJ Laz - Great Neck
Kiddie Shoes Plus - Nanuet
Kids Cottage - Rockville Center
Lanie's Way - Port Jefferson
Learning Express - Baldwin Place
Learning Express - Rye
Learning Express - Staten Island
Lester's Of Greenvale - Brooklyn

Sarah's of Cedarhurst - Cedarhurst
Sasha's - Rye
Shoes - n - More - Portchester
Special Effects - Brooklyn
Sportiva - Roslyn Hts
Sweet & Sassy Pitford - Rochester
The Kats Meow - Williamsville
The Paint Tube - Englewood
The Right Thing - Armonk
The Tree House - Buffalo
The Village Toy Shop - Fayetteville
The Village Toy Shop - New Hartford
Trotta's West Street Pharmacy - Harrison
What a Girl Wants - Harrison
Whims-N Doodles - New Hartford
Young Imagination - Babylon

## Ohio

Blue Turtle Toys - Dayton
Cinnamon Bear - Chagrin Falls
Fad Friendzies - Beachwood
Fireflies & Fairytales - Upper Arlington
Hey Diddle Diddle - Westerville
King Arthur's Court Toys - Cincinnatti
Larson's Toys & Games - Columbus
Learning Express - Dayton
Learning Express - Dublin
Learning Express - Mason
Learning Express - Maumee
Learning Express - New Albany
Learning Express - Sylvania
Learning Express - Westlake

Maggie and Me - Circleville
Nicky Nicole - Hudson
Nicky Nicole - Westlake
Nicky Nicole - Woodmere
Play Matters - Avon
Play Matters - Cleveland
Play Matters - Mentor
Play Matters - Pepper Pike
Play Matters - Solon
Sweet & Sassy - Columbus
The Children's Loft - Youngstown
Toynhx - Smithville
Von Maur - Beavercreek
Von Maur - Columbus

## Oklahoma

B Hip Kids - Enid
Bags N Bubbles - Midwest City

Kathleen Kids - Tulsa
Keedo - Oklahoma City

start   Inbox - Microsoft...   Re: Hemingway s...   Tinytubes 2006   Where to Buy - M...   Document2 - Micr...   4:59 PM



**Where to Buy - M3 Girl Designs - Microsoft Internet Explorer**

File   Edit   View   Favorites   Tools   Help

Address http://www.m3girldesigns.com/where-to-buy/

Bella's - Woodward
Belles & Beaux - Altus
Bunny Hutch - Ada
Butter Bean - Stillwater
Carousel Connection - Elkcity
Caymans - Norman
Cindy's Dept Store - Medford
Copelin's - Norman
Dear Friends - Duncan
Diva Girlz - Tulsa
Dudes N Divas - Clinton
Emily's Playhouse - Claramore
Eves & Lulu D's - Edmond
Funky Monkey - Edmond
Funky Monkey - Oklahoma City
J. Spencer Jewelry & Gift - Norman
J. Spencer Jewelry & Gift - Tulsa
Just Imagine Gifts - Muskogee

Kemp Drug - Bristow
Kidd Drug & Gift - Fairview
La Dee Da - Alva
Lazy Day Gifts - Tulsa
Lollipop Kids - Tahlequah
Misty Arbor Floral & Gift - Buffalo
Pink Zebra - Clinton
Prohealth Pharmacy - Oklahoma City
Ribbons On Peoria - Tulsa
Sharpe's Dept. Store - Checotah
Sharpe's Dept. Store - Stigler
Southern Agriculture - Tulsa
Sweet & Sassy - Edmond
The Boutique on 23rd Street - Yacoma Park
The Learning Tree - Oklahoma City
The Lolly Garden - Tulsa
The Pied Piper - Muskogee
Three Bees Boutique - Yukon

## Oregon

Bambini - Lake Oswego
Elephant's Trunk - Eugene
Elephant's Trunk - Salem
Frogs and Pollywogs - Albany
Milo and Lily - Phoenix

Mud Puddles - Sherwood
Piccolo Mondo Toys - Portland
Thinker Toys - Portland
Zak Designs - Myrtle Creek

## Pennsylvania

Bling It On - Westchester
Blue Horse Boutique - Wayne
Butterflies and Bullfrogs - Chalfont
Down to Earth Kids - Lafayette Hill
Glen Eagle Toys - Glen Mills
Growing Tree Toys - State College
It's a Girl Thing - New Castle
Kathy's Card & Gifts - Flourtown
Kid N Kaboodle - Dresher
Lavish Body and Home - Clark Summit

Learning Express - Exton
Learning Express - King of Prussia
Learning Express - Mexhanicsburg
Learning Express - Richboro
Learning Express - Robinson Township
Learning Express Mt. Lebanon - Pittsburgh
Learning Express Newtown - Richboro
Lucky Duck Toys - Wayne
Lucky Girl - Ardmore
My Kids Korner - Norbeth

start



Learning Express - Blue Bell
Learning Express - Broomall
Learning Express - Center Valley
Learning Express - Collegeville
Learning Express - Cranberry

Red Squirrel Country Store - Lebanon
Sweet & Sassy - Broomall
Sweet & Sassy LeHigh Valley - Hellertown
Sweet Xpressions - Washington
Tales and Toys - Chadds Ford

## Puerto Rico

Bambola Juguetes - Hato Rey
Pequena Ola - Dorado

Polkadots - Suchville

## Rhode Island

Sparks Toy & Hobby - Smithfield

## South Carolina

A Bit of Whimsy - Easley
An Initial Impression - Mt. Pleasant
Be Beep - Columbia
Branches Gift Shop - Hampton
BZM The Toy Shop - Florence
Carolina Girls - Charleston
Charleston Child - Charleston
Doodlebugs - Beaufort
Especially Yours - Waterboro
Heartfire - Myrtle Beach
Imagination Station - Spartanburg
Jack Be Nimble - Hartsville
Kidstuff Boutique - Anderson
Klig's Kites - Myrtle Beach
La Te Da - Chapin
Learning Express - Columbia

Learning Express - Irmo
Learning Express - Lexington
Little Lambs & Ivy - Columbia
Lola G - Lexington
Lollipop Totz - Piedmont
Needful Things - Camden
Persnickety - Gaffney
Southern Belles - Mt. Pleasant
The Clothes Horse - Mt. Pleasant
The Elephant's Trunk - Greenville
The Nifty Gifty - Chapin
The Nifty Gifty - Lexington
The Pelican Gift Shop - Johns Island
The Toy Isle - Pawleys Island
Wonder Works - Charleston
Wonder Works - Mt. Pleasant

## South Dakota



## South Dakota

Azukibean - Custer                                       Lindas Angel Crossing - Yankton

## Tennessee

Bear N Friends - Kingsport                               One Man's Treasure - Hendersonville
Bear N Friends Toy Shoppe - Johnson City                 Peek-a-Bootique - Trenton
Butterflies & Bumblebees - Selmer                        Remember When - Centerville
Cute as a Bug - Alamo                                    Sachi - Memphis
Dandy Lions - Maryville                                  Seek & Find - Knoxville
Dawg House Gift Shop - Columbia                          Shop Girl - Nolensville
Designs For You - Drummonds                              Simply Southern - Lebanon
Discovery Depot - Cookeville                             Smart Toys and Books - Knoxville
For Every Child - South Franklin                         Spoil Me Rotten - Jackson
Itty Bitty - Colombia                                    Sweet & Sassy Franklin - Brentwood
Kid to Kid - Brentwood                                   The Friends Shop at Vanderbilt - Nashville
Lake House Gallery - Counce                              The Gift Garden - Gray
Learning Express - Chattanooga                           The Gift Garden - Lexington
Learning Express - Franklin                              The Painted Lady - Cleveland
Lily & Frogs - Memphis                                   The Red Tulip - Gallatin
Little Cottage - Franklin                                The Sandbox - Chattanooga
Little Posh - Memphis                                    The White Balloon - Knoxville
Lizards and Lace - Goodlettsville                        The Wild Pineapple - Knoxville
Lulu's - Lawrenceburg                                    Treehouse Kids & Co. - Signal Mountain
Magnolia's Gifts And More - Carthage                     Turtle's Nest Toys - Johnson City
Ma and Mommy to Be - Knoxville                           You're Invited - Nashville
Marle Norman Cosmetics - Shelbyville                     Zoe & Friends - Hendersonville

## Texas

2 Cute - Ventana                                         Learning Express - McAllen
4 Corners - Bramwood                                     Learning Express - Pearland
5679 Dancewear - Colleyville                             Learning Express - Plano
A Tisket A Tasket - Marshall                             Learning Express - San Antonio
Academy of Performing Arts - Willis                      Learning Express - Southlake
Alexandria's Squash Blossom - Seabrook                   Learning Express - Sugarland
Allie G's Tweens Boutique - San Antonio                  Learning Express - Sunset Valley
Amy's Unique Boutique - Bellville                        Learning Express - The Woodlands



Where to Buy - M3 Girl Designs - Microsoft Internet Explorer

File   Edit   View   Favorites   Tools   Help

Back · ⊗ · ✕ ② ⌂ ⌕ Search ☆ Favorites ⊗ ⊗· ⊗ ▣ ·

Address   http://www.m3girldesigns.com/where-to-buy/

Animal Crackers - Plano
Annie Jewel - Wichita Falls
Antique Outpost - Redoak
Apple Dumplings - Mont Belview
Atchison's - Levelland
Attaway Strawberry Fields - Sulphur Springs
Baby Bugaloo - Austin
Bailey Sue & Zoe, Too - Pampa
Bambinos - San Antonio
Barker's Pharmacy & Gifts - Meridian
Bay Window - Rockport
Bella Kate - Granbury
Bardoll & Candy Co. - Cedar Creek
Berings Bissonet - Houston
Best Friends Boutique - San Antonio
Between Scene - Dallas
beTweens - Longview
Butterflies & Bowties - Garland
Buttons, Bows & Balloons - Panhandle
Camille's Creations - Dallas
Camp Champions - Marble Falls
Camp Longhorn - Burnet
Carrington's Couture - Nacogdoches
Charles Marie - Odessa
Chelsea Lane - Colleyville
Children's Shop - Corsicana
Christ the King - Dallas
Collector's Gallery - San Antonio
Cozy Cottage - Dallas
Dance Emporium - Beaumont
Das Kinder Haus - Fredricksburg
Dazzles - Carthage
Ella Bella - Arlington
Ella Bella - Southlake
Fairy Godmother - College Station
Fan-Fare Gifts - Texarkana
Fiddlin' Frogs - San Antonio
Fiddlin' Frogs - Victoria
Finishing Touch - Wichita Falls
Fonda's Fashion and Gifts - Rowlett
Frinj Salon - Plano
From Here & There - New Braunfels
Fundamentally Toys - Houston

Learning Express West Univ. - Houston
Lil Couture - Mansfield
Little Botique West - Flower Mound
Little Diva - Houston
Little Lam - Richardson
Lollipops and Lace - Longview
Lollipops and Lizards - Livingston
Lonestar Hardware & Home Decor - Spring
Lovers Lane United Methodist Church - Dallas
M & M Toys - Ft. Worth
Maggie's - Prosper
Mason Street Market - Bowie
Mine Beads & Monograms - Houston
Monogram Lady - Austin
Norma's - Deer Park
Nu 2 Me - Lindale
Our Place - Granbury
Out of the Box - Houston
Outfitters Of Little Fork Ranch - Dallas
Paisley Daisy - Blanco
Paper Bear - Waco
Paper Daisy - Cypress
Partea Girls - Pearland
PBJ Clothiers - Allen
Punkin Patch - Tyler
Quilter's Quarters - Crosby
Rag Box Designs - Seminole
Rattle Dazzle - San Angelo
Roberts Greenhouse - Andrews
Safari Kids - Plano
Sassy Beads - Hurst
Sassy Katz - Frisco
Scentimentals - Ft. Worth
Scentimentals - Weatherford
Shoe Zone Kids LLC - Rockwall
Silk N Twigs - Conroe
Sisters - Muenster
Smartie Pants - Marble Falls
Sophie & Sam - Midland
Stollen Horses - Argyle
Storkland - Wichita Falls
Sugar Baker's - San Saba
Sugar Britches - Sugarland

start   Inbox - Microsoft...   Re: Hemingway &...   Timeslips 2006...   Where to Buy - M...   Document2 - Micr...   4:41 PM



Where to Buy - M3 Girl Designs - Microsoft Internet Explorer

File   Edit   View   Favorites   Tools   Help

Back   Search   Favorites

Address http://www.m3girldesigns.com/where-to-buy/

| | |
|---|---|
| Gaudie & Co. - Nederland | Sunbelt Gymnastics - North Richland Hills |
| Gayle's - Texarkana | Sunny Hearts - Angleton |
| Gift Gallery - Henderson | Sunshine Square - Decatur |
| Gifts Etc. - Waxahachie | Surprises - Abilene |
| Gigi & Co. - Dallas | Sweet & Sassy - Allen |
| Gigi's - Beaumont | Sweet & Sassy - Frisco |
| Got Toys - New Braunfels | Sweet & Sassy - Garland |
| Hamilton's - Brownwood | Sweet & Sassy - Garland |
| Hearts and Hands Tres Chic - Katy | Sweet & Sassy - Highland Village |
| Heaven Scent - Lewisville | Sweet & Sassy - Hurst |
| Hello Pretty - Dallas | Sweet & Sassy - Pearland |
| Hip Hop Lollipop - Houston | Sweet & Sassy - Plano |
| Hippie Cowgirl - Georgetown | Sweet & Sassy - Southlake |
| Hippie Free - Dallas | Sweet & Sassy - Sugarland |
| Hissy Fits - Tyler | Sweet & Sassy - The Woodlands |
| Hobby Horse - Bridge City | Sweet & Sassy North East Mall - Irving |
| Hollyhocks - Lubbock | Tapestry - Rockwall |
| Imagination Unlimited - The Woodlands | Tattletales Interior & Gift - Sugar Land |
| Inkahoots - Hesford | Teacher's Tools - Allen |
| It's A Girl Thang - Cedar Hills | Teacher's Tools - Hulen |
| It's a Small World - Mt. Pleasant | Teacher's Tools - Hurst |
| Itsy Bitsy Spider - Paris | Teacher's Tools - Lewisville |
| Izzi Bear - Kerrville | Texas Goldminors - Fort Worth |
| Jack and Jill Shop (Kristi's) - Plainview | The Art Barn Studio - Burleson |
| Jean Junkie - Allen | The Children's Shop - Corsicana |
| Jordyn's Closet - Dripping Springs | The Crystal Ranch - Missouri City |
| Judy's Card Cottage - Amarillo | The Owl's Nest - Coleman |
| Julie's Hallmark - Amarillo | The Owl's Nest - Southlake |
| Julie's Hallmark - Pampa | The Soot Shop - Dallas |
| Just Adorable - Flower Mound | The Smocked Frock - Houston |
| Just for Babies - Harlingen | The Store in Lake Highlands - Dallas |
| Just Kidds & More - Georgetown | The Toy Maven - Dallas |
| Kaleidoscope Toys - Round Rock | The Vineyard Branch - Graham |
| Kay's Hallmark - Ft. Worth | Thredz - Ingram |
| Kennedy's Korner - Fairfield | Three Jewels Boutique & Gifts - Bryan |
| Kid Biz - Dallas | Toys To Love - Houston |
| Kinda Krazy - Austin | Toys Unique - Dallas |
| La T Da - Webster | Traci's Salon - Lubbock |
| Lacy Dry Goods - Turkey | Trudy's Hallmark - The Woodlands |
| Latte Toys - Missouri City | Tulips & Tutus - Houston |
| Le Dance & Theatrical - Bowie | U Bee Dazzled - McKinney |
| Learning Express - Austin | Unique Kids wear - Spring |
| Learning Express - Beetare | Unzipped Denim Bar - Seabrook |

start   Three - Microsoft   Re: Hemingway's...   UmeaLists 2006   Where to Buy - M...   Documents - Micr...   4.42 PM



Where to Buy - M3 Girl Designs - Microsoft Internet Explorer

File   Edit   View   Favorites   Tools   Help

Address http://www.m3girldesigns.com/where-to-buy/

Learning Express - Cypress
Learning Express - Dallas
Learning Express - Frisco
Learning Express - Houston
Learning Express - Katy

Village Kids - Houston
Where'd Ya Get That? - San Antonio
Whispers Boutique - Midlothian
Yo Pop Etc. - Dallas

## Utah

Oopsie Daisy - Sandy
Three Little Monkeys - Fruit Heights

Tutoring Toy - Salt Lake City

## Virginia

Baby Stuff and Kids 2 - Richmond
Barstons Child's Play - Arlington
Busy Bees - Virginia Beach
Details of Occoquan - Occoquan
Doodlehopper - Falls Church
Greens Books Little Dickens - Lynchburg

Our Little Cherubs - Salem
Pufferbellies - Staunton
Toys That Teach - Gaskins
Toys That Teach - Richmond
Whimsies - Charlottesville

## Virgin Islands

Kool Kids VI - St. Thomas

## Vermont

Learning Express - Essex Junction

## Washington

Bellevue Art & Frame - Bellevue
Character Traits - Stanwood
Curious Kidstuff - Seattle

Red Wagon - Seattle
Rowdy Rascals - Snohomish
Sandcastle - Port Townsend

start



**Where to Buy - M3 Girl Designs - Microsoft Internet Explorer**

File   Edit   View   Favorites   Tools   Help

Back   Search   Favorites

Address http://www.m3girldesigns.com/where-to-buy/

Goodie Gumdrops - Burien                     Snaddoodles - Kenmore
Kazoodles - Vancouver                        Teri's Toybox - Edmonds
Kibbin - Redmond                             University Book Store - Seattle
Once Upon A Time - Seattle                   Wind Up Here - Olympia

## Wisconsin

Fan's Fun 'N Learning - Fond Du Lac          Sydney B - Mequon
Fun Stuff - Fish Creek                       Tadpoles - Delafield
Learning Express - Kenosha                   The White House Green Spa - Williams Bay
Learning Express - Madison                   Trendy Fashions - Ashland
Little Dickens Kids Boutique - Sheboyg

## West Virginia

Latta's - Huntington                         The Shoe Story - Morgantown
The Mason Jar - Mt. Pleasant

## Alberta

Head Shoulders Knees & Toys - Edmonton       Pharmasave Lethbridge - Lethbridge
Hi Jinx - Canmore                            The Discovery Hut - Calgary

## British Columbia

Fascination Street - 100 Mile House          Pastimes - Sechelt
Granville Island Toy Company - Vancouver     Pharmasave - Revelstoke
Homework - Prince Rupert                     Pharmasave - Smithers
Kazoodles - Vancouver                        Pharmasave Altcare - Burnaby
Kazoodles - Victoria                         Pharmasave Broadmead - Victoria
Kidsbooks - North Vancouver                  Seeing is Believing - Victoria
Kidsbooks - Surrey                           Toy Box - Vancouver
Kidsbooks - Vancouver                        Toy Jungle Enterprises - Coquitlam
Loadza Toys - Kelowna                        Toy Jungle Enterprises - West Vancouver

start   About - Microsoft   Re: Hemingway o...   Timeslips 2006   Where to Buy - M...   Documents - Micr...   4:43 PM



**Where to Buy - M3 Girl Designs - Microsoft Internet Explorer**

File   Edit   View   Favorites   Tools   Help

Back · · · Search · Favorites · · · ·

Address http://www.m3girldesigns.com/where-to-buy/

## Manitoba

Hallmark Clearspring - Steinbach                  Pharmasave - Swan River
Pharmasave - Swan River

## Newfoundland and Labrador

X Store - St. John's

## Nova Scotia

Pabr's Hobby Collectibles - Sydney               Uncommon Kids Gear - Halifax
Pharmasave Clare - Meteghan Centre

## Ontario

Born in a Barn - Alisa Craig          Mrs. Tiggy Winkle's - Ottawa
Cheo Gift Shop - Ottawa              Old Railroad Stop - Keene
Comic Book Shoppe - Nepean           Renfrew Home Hardware - Renfrew
Comic Connection - Hamilton          Scholar's Choice - London
Creative Learning - North Bay        Scooter Girl - Toronto
Dancewear Niagara - St. Catharines   Simply Wonderful Toys - Guelph
Dream Weaver - Brockville            Sweet n' Sassy - Cambridge
Entertainment Tonight - Strathroy    Tag Along Toys - Kanata
Family and Company - Stratford       The Toy Corner - Sarnia
Kids Can Do - Orangeville            Treasure Island Toys - Toronto
La Boutique Parpar - Toronto         Village Corrner - Vermilion Bay
Lost Marbles - Ottawa                Wicked Stuff - Timmins
Miss Pia Jane in the Port - Port Franks

## Quebec

Acme Studio Store - Mt. Tremblant     Funky Toys & Co. - Pointe-Claire
Casaluca - Montreal



m3 girl designs U.S. Trademark Reg. Nos. 3626432 (Snap Cap®),
Suppl. 3689090 (THE ORIGINAL INTERCHANGEABLE BOTTLE CAP NECKLACE®)

Copyright © 2009-2010 M3GirlDesigns.com
All Rights Reserved | Web Design: MattanX