**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**Dallas Division**

| | | |
|---|---|---|
| **M3Girl Designs, LLC** | § | |
|   **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 3:09CV2334-G** |
| | § | |
| **Purple Mountain Sweaters and** | § | |
| **Carol-Ann Bishop,** | § | |
|   **Defendants.** | § | |

**ORDER DENYING PLAINTIFF'S MOTION TO**
**DISMISS AND/OR TRANSFER**

Before this Court is the Defendants' Motion to Dismiss and/or Transfer, which this Court

has fully considered based on the arguments and briefing submitted hereto.  This Court has

reviewed all the materials submitted, but finds no good cause for dismissing the action or

transferring the action under any of the grounds raised in the Defendants Motion.  Therefore, the

Court DENIES the Defendant's Motion to Dismiss and/or Transfer.  The Plaintiff is granted

permission to file an Amended Complaint within five days that amends the designation of the

Purple Mountain Sweaters party, and this Court directs the Defendants to file an Answer

responding to the allegations in the Plaintiff's Complaint within ten days thereafter.

**It is SO ORDERED.**

**SIGNED this ___ day of _____, 20__.**

_____

**UNITED STATES DISTRICT JUDGE**

34